# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

### I.(a) PLAINTIFFS
XTEND COMMUNICATIONS CORP.

### DEFENDANTS
TIMOTHY HOOKER

E-filing

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)
NEW YORK

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.
SAN MATEO

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Gayle M. Athanacio, Sonnenschein Nath & Rosenthal LLP, 525 Market Street, 26th Flr., San Francisco CA 94105; 415-882-5000

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For diversity cases only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☒4 |
| Citizen of Another State | ☒2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [x] Original Proceeding
- [ ] Removed from State Court
- [ ] Remanded from Appellate Court
- [ ] Reinstated or Reopened
- [ ] Transferred from Another district (specify)
- [ ] Multidistrict Litigation
- [ ] Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐610 Agriculture | ☐422 Appeal 28 USC 158 | ☐400 State Reapportionment |
| ☐120 Marine | ☐310 Airplane | ☐362 Personal Injury Med Malpractice | ☐620 Other Food & Drug | ☐423 Withdrawal 28 USC 157 | ☐410 Antitrust |
| ☐130 Miller Act | ☐315 Airplane Product Liability | ☐365 Personal Injury Product Liability | ☐625 Drug Related Seizure of Property 21 USC 881 | | ☐430 Banks and Banking |
| ☐140 Negotiable Instrument | ☐320 Assault Libel & Slander | ☐368 Asbestos Personal Injury Product Liability | ☐630 Liquor Laws | **PROPERTY RIGHTS** | ☐450 Commerce/ICC Rates/etc. |
| ☐150 Recovery of Overpayment & Enforcement of Judgment | ☐330 Federal Employers Liability | | ☐640 RR & Truck | ☐820 Copyrights | ☐460 Deportation |
| ☐151 Medicare Act | ☐340 Marine | **PERSONAL PROPERTY** | ☐650 Airline Regs | ☐830 Patent | ☐470 Racketeer Influenced and Corrupt Organizations |
| ☐152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐345 Marine Product Liability | ☒370 Other Fraud | ☐660 Occupational Safety/Health | ☐840 Trademark | ☐480 Consumer Credit |
| ☐153 Recovery of Overpayment of Veteran's Benefits | ☐350 Motor Vehicle | ☐371 Truth in Lending | ☐690 Other | | ☐490 Cable/Satellite TV |
| ☐160 Stockholders Suits | ☐355 Motor Vehicle Product Liability | ☐380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐810 Selective Service |
| ☐190 Other Contract | ☐360 Other Personal Injury | ☐385 Property Damage Product Liability | ☐710 Fair Labor Standards Act | ☐861 HIA (1395ff) | ☐850 Securities/Commodities/Exchange |
| ☐195 Contract Product Liability | | | ☐720 Labor/Mgmt Relations | ☐862 Black Lung (923) | ☐875 Customer Challenge 12 USC 3410 |
| ☐196 Franchise | | | ☐730 Labor/Mgmt Reporting & Disclosure Act | ☐863 DIWC/DIWW (405(g)) | ☐891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐740 Railway Labor Act | ☐864 SSID Title XVI | ☐892 Economic Stabilization Act |
| ☐210 Land Condemnation | ☐441 Voting | ☐510 Motion to Vacate Sentence Habeas Corpus: | ☐790 Other Labor Litigation | ☐865 RSI (405(g)) | ☐893 Environmental Matters |
| ☐220 Foreclosure | ☐442 Employment | ☐530 General | ☐791 Empl.Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐894 Energy Allocation Act |
| ☐230 Rent Lease & Ejectment | ☐443 Housing | ☐535 Death Penalty | | ☐870 Taxes (US Plaintiff or Defendant) | ☐895 Freedom of Information Act |
| ☐240 Torts to Land | ☐444 Welfare | ☐540 Mandamus & Other | | ☐871 IRS - Third Party 26 USC 7609 | ☐900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐245 Tort Product Liability | ☐440 Other Civil Rights | ☐550 Civil Rights | | | ☐950 Constitutionality of State Statutes |
| ☐290 All Other Real Property | ☐445 Amer w/ disab - Empl | ☐555 Prison Condition | | | ☐890 Other Statutory Actions |
| | ☐446 Amer w/ disab - Other | | | | |

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Defamation (Cal. Civ. Code section 44 et seq.); Intentional interference with a Prospective Economic Advantage

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $_____    CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)    ☒ SAN FRANCISCO/OAKLAND    ☐ SAN JOSE

DATE: 11/02/2007

SIGNATURE OF ATTORNEY OF RECORD
*Gayle M. Athanacio*

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

XTEND COMMUNICATIONS CORP.

v.

TIMOTHY HOOKER

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 07 5599 JL

TO: (Name and address of defendant)

Timothy Hooker
1325 Howard Avenue
#815
Burlingame, CA 94010

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gayle M. Athanacio, Esq.
SONNENSCHEIN, NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Email: gathanacio@sonnenschein.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE
NOV 2 - 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| Name of SERVER | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

1  Gayle M. Athanacio (State Bar No. 130068)
   SONNENSCHEIN NATH & ROSENTHAL LLP
2  525 Market Street, 26th Floor
   San Francisco, CA 94105-2708
3  Telephone: (415) 882-5000
   Facsimile: (415) 882-0300
4  E-mail: gathanacio@sonnenschein.com

5  Attorneys for Plaintiff
   XTEND COMMUNICATIONS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| XTEND COMMUNICATIONS CORP., | Case No. CV 07 5599 |
|---|---|
| Plaintiff, | **COMPLAINT FOR:** |
| vs. | (1) **DEFAMATION** |
| TIMOTHY HOOKER, | (2) **INTENTIONAL INTERFERENCE WITH A PROSPECTIVE ECONOMIC ADVANTAGE** |
| Defendant. | **DEMAND FOR JURY TRIAL** |

-1-

Complaint

Plaintiff XTEND Communications Corp. ("XTEND") alleges as follows against Defendant, Timothy Hooker:

**INTRODUCTION**

1. Defendant, a disgruntled former employee of XTEND, used two America Online ("AOL") e-mail accounts to send multiple fraudulent and misleading e-mail messages to XTEND's customers in which Defendant made a number of false and inflammatory claims regarding XTEND and the consequences of a potential transaction involving the purchase of substantially all of XTEND's assets by a third party. Among other things, Defendant's messages falsely alleged that XTEND was planning to lay off the vast majority of its workforce and suggested that existing customers would be forced to convert their computer systems to a non-Windows operating system. Furthermore, Defendant intentionally drafted his e-mails to appear to contain analysis from a legitimate news source or quotations from an official corporate announcement. The false and misleading nature of Defendant's messages, when considered in conjunction with the audience that he targeted, demonstrates that Defendant sent them with the willful and malicious intention of disrupting XTEND's business relationships with its customers and employees and to interfere with its pending sale to a third party.

2. Defendant's deceitful actions have caused employee confusion and diminished employee productivity by causing a significant number of XTEND employees to become unnecessarily concerned about their job security. Defendant's fabricated statements also have disrupted XTEND's client relationships, causing clients to contact XTEND to inquire about the false allegations contained in his e-mails. As a result, XTEND has devoted considerable time and resources to address and overcome the concerns that Defendant's e-mail messages caused its employees and clients, to track down the source of the e-mails, and to identify Defendant as the responsible party.

3. Unless Defendant is restrained from further actions designed to deceive XTEND's employees and clients, XTEND will be substantially and irreparably injured. XTEND also seeks to recover damages suffered as a result of Defendant's intentional unlawful acts.

-2-

Complaint

## JURISDICTION AND VENUE

4. This Court has subject-matter jurisdiction of this action under 28 U.S.C. § 1332(a)(1) by virtue of the complete diversity of citizenship of the parties in an action in which the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

5. Venue properly lies in this District under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claim occurred in this District.

## PARTIES

6. Plaintiff XTEND Communications is a New York corporation with its principal place of business located at 171 Madison Avenue, New York, New York, 10016. XTEND creates and implements software applications that enable its clients to customize the features and functionality of their telephone networks.

7. Defendant Timothy Hooker is a former employee of XTEND. Defendant worked for XTEND for one year and held the position of Major Account Manager within the XTEND Sales Team during his tenure. Defendant's employment was terminated on June 29, 2007.

8. Upon information and belief, Defendant's residence and principal place of business is located at 1325 Howard Avenue # 815, Burlingame, California, 94010.

9. During the last several months, XTEND has been engaged in negotiations with Amcom Software Corp. ("Amcom") regarding Amcom's acquisition of XTEND assets. Defendant has been aware of this pending transaction through his ongoing communications with at least one current employee of XTEND.

## FACTUAL BACKGROUND

10. On October 21, 2007, at 2:16 p.m. and continuing for a period of many minutes,[1] Defendant used an AOL e-mail account ("rlreale@aol.com") to send inflammatory messages to the e-mail addresses of XTEND customers.

---

[1] Unless otherwise indicated, all references to time are stated in Eastern Daylight Time.

-3-

11.     Defendant's messages contained false information, including that: (i) XTEND had completed a merger with another company; (ii) the new company intended to convert existing customers to a new computer operating system; (iii) up to 80% of XTEND's employees were going to be terminated; and (iv) XTEND had suffered "years of rumored financial struggling." These false claims were not, and cannot be, substantiated by Defendant. One of these messages is attached as Exhibit A.

12.     On October 30, 2007, at 1:22 p.m., Defendant sent a different e-mail message to some of the same recipients from a new AOL account, "rleadsclub@aol.com." This e-mail reiterated the false and unsubstantiated claim that XTEND clients would be "converted to a Unix or Linux platform from the Windows platform currently being used." A copy of this message is attached as Exhibit B.

13.     Defendant's false and misleading messages had the intended effect of agitating XTEND's clients, prompting many of them to contact the company to voice their concerns about the "conversion."

14.     Three of the defamatory messages that Defendant sent on October 21, 2007 to internal XTEND mailing lists were sent from the following Internet Protocol (IP) address: 68.126.206.17. On information and belief, this IP address is registered to AT&T and is used to provide a broadband Internet connection to a subscriber located in the greater San Francisco Area.

15.     The e-mail message that Defendant sent from his rleadsclub@aol.com account on October 30, 2007 was sent from the following IP address: 68.126.203.96. On information and belief, this IP address is also registered to AT&T and is used to provide a broadband Internet connection to a subscriber located in the greater San Francisco Area.

16.     On October 30, 2007, at 3:28 p.m., Defendant sent an e-mail to an employee of XTEND from a Google Gmail account ("brainlife@gmail.com"). Defendant's message carried the subject line "Tim Hooker's New Phone and Fax Numbers," and the header information revealed that it was sent from the same IP address (68.126.203.96) as the October 30, 2007 message sent from Defendant's rleadsclub@aol.com e-mail alias. The header information from

-4-

Defendant's Gmail messages also confirm that the message had been sent from the same subscriber who owned the account "timothyhooker@att.net." A copy of this message is attached as Exhibit C.

17. The inflammatory nature of the false allegations Defendant makes in his e-mail messages makes it abundantly clear that he intended to disrupt XTEND's current business operations and pending sale by attempting to devalue the Company, sowing unrest among XTEND's employees and by damaging XTEND's relationships with customers.

18. Defendant drafted his e-mails to look like press releases or information taken from legitimate Internet news sources to add an air of credibility to the fabrications contained therein. Some messages began with a misleading line of text that stated, "Press Release: NY-Software" while others began with:

> Google alert on a vendor:
>
> Amcom Software to Complete Acquisition of Xtend Communications of NY?
>
> Real Estate News & Leads

in an obvious attempt to convince message recipients that Defendant was forwarding actual press releases or news articles.

19. Defendant was partially successful in his efforts to deceive XTEND's employees and clients. XTEND managers received numerous inquiries from employees concerned that a substantial portion of the staff was going to be laid off in the near future, and the company received many inquiries from clients asking about XTEND's plans to require their conversion to a new operating system.

20. Amcom, the potential buyer of XTEND, has also expressed concern that Defendant's e-mails have reduced the value of XTEND's present and future customer relationships and consequently, the value of the Company.

21. As a direct result of Defendant's fraudulent e-mail messages, XTEND has been forced to devote time and financial resources to reassuring clients and employees that Defendant's allegations are baseless. XTEND has also been forced to retain legal counsel to investigate and address Defendant's illegal activities.

## COUNT I

### Defamation

### (Cal. Civ. Code § 44, *et seq*.)

22.     XTEND realleges each and every allegation set forth in Paragraphs 1 through 21 as if set forth fully herein.

23.     Defendant published his knowingly false statements by sending them via e-mail to XTEND employees and clients, and none of his statements were "privileged."

24.     As discussed above, the statements made by Defendant in his e-mail messages to XTEND's clients and employees were false and defamatory.

25.     Defendant's false and misleading messages had a natural tendency to injure XTEND economically by disrupting its relationships with its employees, clients and the prospective buyer.

26.     Furthermore, Defendant's false statements were intended to affect, and have affected, XTEND's ability to maintain its current business relationships and may damage the company's goodwill in a manner that affects the expansion of its customer base in the future.

27.     At a minimum, Defendant's comments inflicted actual damages on XTEND by requiring its management to focus time and valuable resources on combating the confusion caused by his defamatory e-mail messages, and causing the company to incur legal fees to investigate the source of the e-mails and confirm Defendant's responsibility for them.

## COUNT II

### Intentional Interference with a Prospective Economic Advantage

28.     XTEND realleges each and every allegation set forth in Paragraphs 1 through 27 as if set forth fully herein.

29.     XTEND has an ongoing and economically beneficial relationship with the clients and prospective clients to whom Defendant sent inflammatory e-mail messages.

30.     Defendant was aware of the economic relationship between XTEND and the clients and prospective clients who received those messages because XTEND had employed Defendant as a sales manager, and Defendant was aware of the expected acquisition of XTEND.

-6-

Complaint

31.     Defendant intentionally disrupted XTEND's relationship with its clients and employees by sending defamatory e-mail messages that Defendant knew would alarm XTEND's clients and employees and would interfere with the pending Amcom transaction. Upon receiving Defendant's messages, many clients contacted XTEND to discuss the allegations contained therein.

32.     Defendant's actions caused economic harm by forcing XTEND to reallocate its resources in order to counteract the deleterious effects of his false accusations, and to incur legal fees in the course of investigating and combating Defendant's false e-mails.

33.     Defendant's conduct was willful and malicious and was intended to oppress and injure XTEND, thereby entitling XTEND to an award of punitive damages.

## **PRAYER FOR RELIEF**

WHEREFORE, XTEND prays that this Court enter judgment in its favor and against Defendant on each and every claim for relief set forth above, and issue an order:

A.     Preliminarily and permanently restraining and enjoining Defendant, his agents, subsidiaries, representatives, distributors, dealers, members, affiliates, and all persons active in concert or participation with him from (i) making any unauthorized use, or obtaining any unauthorized access to XTEND's customer or employee e-mail or postal mailing lists; and/or (ii) knowingly distributing or otherwise disseminating false information about XTEND or its corporate officers to any third party via any e-mail list, website, blog, newsgroup, message board, or any other method of written, oral, or electronic communication.

B.     Awarding XTEND compensatory damages;

C.     Awarding XTEND statutory damages;

D.     Awarding XTEND punitive damages;

E.     Requiring Defendant to pay restitution;

F.     Awarding XTEND costs and reasonable attorneys' fees;

G. Awarding XTEND pre- and post-judgment interest; and

H. Any further relief that this Court deems just and proper.

Dated: November 2, 2007          SONNENSCHEIN NATH & ROSENTHAL LLP

By /s/ Gayle M. Athanacio
   Gayle M. Athanacio

Attorneys for Plaintiff
XTEND Communications Corp.

### DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), and Civil Local Rule 3-6, XTEND hereby serves notice of its demand for a jury trial.

Dated: November 2, 2007          SONNENSCHEIN NATH & ROSENTHAL LLP

By /s/ Gayle M. Athanacio
   Gayle M. Athanacio

Attorneys for Plaintiff
XTEND Communications Corp.

27281886

Message from rlreale@aol.com, dated October 21, 2007,
Subject: Software to Complete Acquisition of Xtend.

Source Address is highlighted below.

```
Return-path: <rlreale@aol.com>
Received: from mail190.messagelabs.com ([216.82.249.51])
     by chs-gw-gwia1.carilion.com with SMTP; Sun, 21 Oct 2007 14:38:15 -0400
X-VirusChecked: Checked
X-Env-Sender: rlreale@aol.com
X-Msg-Ref: server-10.tower-190.messagelabs.com!1192991893!8698186!1
X-StarScan-Version: 5.5.12.14.2; banners=-,-,-
X-Originating-IP: [64.12.137.9]
X-SpamReason: No, hits=1.8 required=7.0
tests=FORGED_AOL_TAGS,HTML_30_40,
   HTML_MESSAGE,UNPARSEABLE_RELAY
Received: (qmail 12262 invoked from network); 21 Oct 2007 18:38:14 -0000
Received: from imo-m28.mx.aol.com (HELO imo-m28.mx.aol.com) (64.12.137.9)
   by server-10.tower-190.messagelabs.com with SMTP; 21 Oct 2007 18:38:14
-0000
Received: from rlreale@aol.com
       by imo-m28.mx.aol.com (mail_out_v38_r9.3.) id w.c6b.1ab54ef3
(37032)
       for <sperry01@gaylordhotels.com>; Sun, 21 Oct 2007 14:27:13
-0400 (EDT)
Received: from webmail-mf02 (webmail-mf02.webmail.aol.com
[64.12.88.215]) by cia-db02.mx.aol.com (v119.12) with ESMTP id
MAILCIADB022-90a8471b99f6131; Sun, 21 Oct 2007 14:27:10 -0400
To: sperry01@gaylordhotels.com
Subject: Amcom Software to Complete Acquisition of Xtend
Date: Sun, 21 Oct 2007 14:27:02 -0400
X-MB-Message-Source: WebUI
X-MB-Message-Type: User
MIME-Version: 1.0
From: rlreale@aol.com
Content-Type: multipart/alternative;

boundary="--------MB_8C9E2271C04312D_A00_19DFA_webmail-
mf02.sysops.aol.c
om"
X-Mailer: AOL WebMail 31361-STANDARD
Received: from 68.126.206.17 by webmail-mf02.sysops.aol.com
(64.12.88.215) with HTTP (WebMailUI); Sun, 21 Oct 2007 14:27:02 -0400
Message-Id: <8C9E2271C04312D-A00-CD3F@webmail-mf02.sysops.aol.com>
X-AOL-IP: 64.12.88.215
X-Spam-Flag: YES
```

**From:** rlreale@aol.com [mailto:rlreale@aol.com]
**Sent:** Sunday, October 21, 2007 11:27 AM
**To:** sperry01@gaylordhotels.com
**Subject:** Amcom Software to Complete Acquisition of Xtend

Press Release: NY-Software
10/19/200 5:01 PM

Following years of rumored financial struggling, XTEND Communications Corp is being acquired by Amcom Software of Minneapolis, MN.
Amcom who specializes on Health Care solutions and Emergency Notification software is interested in the customer base who utilizes older technology developed in the 1980's and will work to convert these customers to a Unix or Linux platform from the Windows platform currently being used.


Real estate: 171 Madison Ave, NY, NY: Approximately 10,000 sq ft:
Employees: Approx: 75
Employees to remain at location: 15-25
Approx customers: 235

The sale amount is undisclosed at this time.




Message from rlreale@aol.com, dated October 21, 2007,
Subject: Software to Complete Acquisition of Xtend.

Source Address is highlighted below.


```
Microsoft Mail Internet Headers Version 2.0
Received: from barracuda.masco.harvard.edu ([172.16.16.83]) by
masco.harvard.edu with Microsoft SMTPSVC(6.0.3790.3959); Sun, 21 Oct
2007 14:30:10 -0400
X-ASG-Debug-ID: 1192991369-5b2100100000-1Dd6iO
X-Barracuda-URL:
http://barracuda.masco.harvard.edu:8000/cgi-bin/mark.cgi
X-Barracuda-Connect: imo-m22.mx.aol.com[64.12.137.3]
X-Barracuda-Start-Time: 1192991369
X-ASG-Whitelist:  Sender
Received: from imo-m22.mail.aol.com (imo-m22.mx.aol.com [64.12.137.3])
          by barracuda.masco.harvard.edu (Spam Firewall) with SMTP id
44D5126760
          for <jjohnson@masco.harvard.edu>; Sun, 21 Oct 2007 14:29:29
-0400 (EDT)
Received: from rlreale@aol.com
```

Message from rleadsclub@aol.com, dated October 30, 2007, Subject: Xtend Communications Acquired by Amcom Software ?

Source Address is highlighted below.

```
Microsoft Mail Internet Headers Version 2.0
Received: from lvexcon01.MGMMIRAGE.ORG ([10.46.81.28]) by
PURPLE.MGMMIRAGE.ORG with Microsoft SMTPSVC(6.0.3790.1830);
         Tue, 30 Oct 2007 10:25:24 -0700
Received: from relay.mgmmirage.com ([192.168.78.59]) by
lvexcon01.MGMMIRAGE.ORG with Microsoft SMTPSVC(6.0.3790.211);
         Tue, 30 Oct 2007 10:25:24 -0700
Received: from [64.12.137.3] by relay.mgmmirage.com with SMTP (MGM
 MIRAGE SMTP Relay (Email Firewall v6.3.1)); Tue, 30 Oct 2007 10:25:11
 -0700
X-Server-Uuid: 7DD7721A-71F7-4C99-BBC2-CF262A5AA74B
Received: from rleadsclub@aol.com by imo-m22.mx.aol.com (
 mail_out_v38_r9.3.) id q.ce7.1ebca1e0 (52323) for
 <shawn.wieser@apollogrp.edu>; Tue, 30 Oct 2007 13:22:09 -0400 (EDT)
Received: from FWM-D36 (fwm-d36.webmail.aol.com [205.188.162.12]) by
 ciaaol-d02.mail.aol.com (v120.9) with ESMTP id
 MAILCIAAOLD029-cc63472768401b7; Tue, 30 Oct 2007 13:22:09 -0400
To: shawn.wieser@apollogrp.edu
Subject: Xtend Communications Acquired by Amcom Software ?
Date: Tue, 30 Oct 2007 13:22:08 -0400
X-MB-Message-Source: WebUI
X-MB-Message-Type: User
MIME-Version: 1.0
From: rleadsclub@aol.com
X-Mailer: AOL WebMail 31361-STANDARD
Received: from 68.126.203.96 by FWM-D36.sysops.aol.com (205.188.162.12)
 with HTTP (WebMailUI); Tue, 30 Oct 2007 13:22:08 -0400
Message-ID: 8C9E93088B37513-C40-5EEA@FWM-D36.sysops.aol.com
```

**From:** rleadsclub@aol.com [mailto:rleadsclub@aol.com]
**Sent:** Tuesday, October 30, 2007 10:22 AM
**To:** shawn.wieser@apollogrp.edu
**Subject:** Xtend Communications Acquired by Amcom Software ?

Google alert on a vendor:

Amcom Software to Complete Acquisition of Xtend Communications of NY?
Real Estate News & Leads

Following years of rumored financial struggling, XTEND Communications Corp is being acquired by Amcom Software of Minneapolis, MN.
Amcom who specializes on Health Care solutions and Emergency Notification software is interested in the customer base who utilizes older technology developed in the 1980's and will work to convert these customers to a Unix or Linux platform from the Windows platform currently being used.

Real estate: 171 Madison Ave, NY, NY: Approximately 10,000 sq ft:
Employees: Approx: 75
Est Employees to remain at location: 20-25
Approx customers: 235

The sale amount is undisclosed at this time.

---

Email and AIM finally together. You've gotta check out free <u>AOL Mail</u>!

Message from Timothy Hooker (brainlife@gmail.com), dated October 30, 2007, Subject: Tim Hooker's New Phone and Fax Numbers

Source Address is highlighted below.

```
X-Apparently-To: acormier@ameritech.net via 69.147.85.113; Tue, 30 Oct
2007 16:29:22 -0700
X-Originating-IP: [69.147.64.92]
Authentication-Results: mta131.sbc.mail.mud.yahoo.com  from=gmail.com;
domainkeys=neutral (no sig)
Received: from 207.115.20.166  (EHLO flpi126.prodigy.net)
(207.115.20.166)
  by mta131.sbc.mail.mud.yahoo.com with SMTP; Tue, 30 Oct 2007 16:29:22
-0700
X-Originating-IP: [69.147.64.92]
Received: from smtp119.sbc.mail.sp1.yahoo.com
(smtp119.sbc.mail.sp1.yahoo.com [69.147.64.92])
     by flpi126.prodigy.net (8.13.8 inb regex/8.13.8) with SMTP id
19UNTJoQ003187
     for <acormier@ameritech.net>; Tue, 30 Oct 2007 16:29:20 -0700
Message-Id: <200710302329.19UNTJoQ003187@flpi126.prodigy.net>
Received: (qmail 15450 invoked from network); 30 Oct 2007 23:28:32 -
0000
Received: from unknown (HELO TimothyPC)
(timothyhooker@att.net@68.126.203.96
with login)
  by smtp119.sbc.mail.sp1.yahoo.com with SMTP; 30 Oct 2007 23:28:32
-0000
X-YMail-OSG:
YNjP9asVM1lIhN91M8y5W62rIyT6gukyU4sOt6nOELf19YBD7h60ftNgU4IW8jXXKHW_PPr
f
rYxv
v6DhMF.tsLXu
From: "Timothy Hooker" <brainlife@gmail.com>
To: <acormier@ameritech.net>
In-Reply-To: <001501c81b32$07930710$9b0cce4b@ACORMIER>
Subject: RE: Tim Hooker's new phone and fax numbers
Date: Tue, 30 Oct 2007 16:28:09 -0700
MIME-Version: 1.0
Content-Type: text/plain;
     charset="us-ascii"
Content-Transfer-Encoding: 7bit
X-Mailer: Microsoft Office Outlook, Build 11.0.5510
X-MimeOLE: Produced By Microsoft MimeOLE V6.0.6000.16545
thread-index: Acefu3CXbs8PdDd8RQmtV+TYZJSMeh7dm+4gAAaPffA=

From: Timothy Hooker [mailto:brainlife@gmail.com]
Sent: October 30, 2007 6:28 PM
To: acormier@ameritech.net
Subject: RE: Tim Hooker's new phone and fax numbers
```

Should be back next week....how is it going....Did you lock in anything broadband?

Heard Bill S. joined the Peace Corps in India.

Other rumor is Lou K. is being investigated for embezzlement by FBI ;-)
Did he run off with the espresso machine as they say?

TH

-----Original Message-----
From: Al Cormier [mailto:acormier@ameritech.net]
Sent: Tuesday, October 30, 2007 1:18 PM
To: 'Tim Hooker'
Subject: RE: Tim Hooker's new phone and fax numbers

Tim:

I hope all is going well for you.  I wanted to bring you up to speed on what is going on here.

What is a good time to reach out to you.

Take care,

 Al Cormier

Regional Sales Manager | XTEND Communications Corp.
acormier@xtend.com   |   630 466 1890  |  www.xtend.com




-----Original Message-----
From: Tim Hooker [mailto:brainlife@gmail.com]
Sent: May 26, 2007 12:27 PM
To: Al Cormier
Subject: Tim Hooker's new phone and fax numbers


Hello Al,

I've recently subscribed to the RingCentral service
to make it easier for people to reach me.
Please call my RingCentral number +1 (800) 418-1491
whenever you need to contact me or send me a fax.
RingCentral makes it possible for me to pick up these calls
wherever I am, and also notifies me of voice mail and faxes
as they arrive. Please update your records to include my
RingCentral number.

Thank you very much,

Tim Hooker

| | |
|---|---|
| 1 | GAYLE M. ATHANACIO (State Bar No. 130068) |
| 2 | SONNENSCHEIN NATH & ROSENTHAL LLP<br>525 Market Street, 26th Floor |
| 3 | San Francisco, California 94105-2708<br>Telephone:   (415) 882-5000 |
| 4 | Facsimile:    (415) 882-0300<br>E-mail:        gathanacio@sonnenschein.com |
| 5 | Attorneys for Plaintiff |
| 6 | XTEND COMMUNICATIONS CORP. |

*ORIGINAL FILED*
*07 NOV -2 PM 3:50*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

*E-filing*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

*JL*

XTEND COMMUNICATIONS CORP.

    Plaintiff.

    v.

TIMOTHY HOOKER,

    Defendant.

Case No. **CV 07 5599**

**PLAINTIFF XTEND COMMUNICATION CORP.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

-1-

PLAINTIFF XTEND'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceedings:

Plaintiff Xtend Communications Corp. is a privately held company, 100% owned by William I. Schwartz. Amcom Software Corporation is presently engaged in negotiations to acquire substantially all of the assets of Xtend. Amcom is a privately held company, 100% owned by 2d Wave Software, which itself is a privately held company owned by Chris Heim, Dan Mayblene, and CIBC.

The defendant in the case is an individual, Timothy Hooker.

Dated: November 2, 2007                    SONNENSCHEIN NATH & ROSENTHAL LLP


By _____
        Gayle M. Athanacio

        Attorneys for Plaintiff
        XTEND Communications Corp.

27281898