1  Gayle M. Athanacio (State Bar No. 130068)
2  SONNENSCHEIN NATH & ROSENTHAL LLP
   525 Market Street, 26th Floor
3  San Francisco, CA 94105-2708
   Telephone: (415) 882-5000
4  Facsimile: (415) 882-0300
   E-mail: gathanacio@sonnenschein.com

5  Attorneys for Plaintiff
6  XTEND COMMUNICATIONS CORP.

ORIGINAL FILED

07 NOV -2 PM 3: 50

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO/OAKLAND DIVISION

JL

11  XTEND COMMUNICATIONS CORP.,        CV 07     5599
                                       Case No. _____
12                Plaintiff,
                                       COMPLAINT FOR:
13       vs.                           (1)  DEFAMATION
                                       (2)  INTENTIONAL
14  TIMOTHY HOOKER,                         INTERFERENCE WITH A
                                            PROSPECTIVE ECONOMIC
15                Defendant.                ADVANTAGE

16                                     DEMAND FOR JURY TRIAL

17

18

19

20

21

22

23

24

25

26

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1    Plaintiff XTEND Communications Corp. ("XTEND") alleges as follows against

2    Defendant, Timothy Hooker:

3    ## INTRODUCTION

4    1.    Defendant, a disgruntled former employee of XTEND, used two America

5    Online ("AOL") e-mail accounts to send multiple fraudulent and misleading e-mail messages to

6    XTEND's customers in which Defendant made a number of false and inflammatory claims

7    regarding XTEND and the consequences of a potential transaction involving the purchase of

8    substantially all of XTEND's assets by a third party.  Among other things, Defendant's

9    messages falsely alleged that XTEND was planning to lay off the vast majority of its workforce

10   and suggested that existing customers would be forced to convert their computer systems to a

11   non-Windows operating system.  Furthermore, Defendant intentionally drafted his e-mails to

12   appear to contain analysis from a legitimate news source or quotations from an official corporate

13   announcement.  The false and misleading nature of Defendant's messages, when considered in

14   conjunction with the audience that he targeted, demonstrates that Defendant sent them with the

15   willful and malicious intention of disrupting XTEND's business relationships with its customers

16   and employees and to interfere with its pending sale to a third party.

17   2.    Defendant's deceitful actions have caused employee confusion and diminished

18   employee productivity by causing a significant number of XTEND employees to become

19   unnecessarily concerned about their job security.  Defendant's fabricated statements also have

20   disrupted XTEND's client relationships, causing clients to contact XTEND to inquire about the

21   false allegations contained in his e-mails.  As a result, XTEND has devoted considerable time

22   and resources to address and overcome the concerns that Defendant's e-mail messages caused its

23   employees and clients, to track down the source of the e-mails, and to identify Defendant as the

24   responsible party.

25   3.    Unless Defendant is restrained from further actions designed to deceive

26   XTEND's employees and clients, XTEND will be substantially and irreparably injured.

27   XTEND also seeks to recover damages suffered as a result of Defendant's intentional unlawful

28   acts.

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA  94105-2708
(415) 882-5000

## JURISDICTION AND VENUE

4.    This Court has subject-matter jurisdiction of this action under 28 U.S.C. § 1332(a)(1) by virtue of the complete diversity of citizenship of the parties in an action in which the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

5.    Venue properly lies in this District under 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claim occurred in this District.

## PARTIES

6.    Plaintiff XTEND Communications is a New York corporation with its principal place of business located at 171 Madison Avenue, New York, New York, 10016.  XTEND creates and implements software applications that enable its clients to customize the features and functionality of their telephone networks.

7.    Defendant Timothy Hooker is a former employee of XTEND.  Defendant worked for XTEND for one year and held the position of Major Account Manager within the XTEND Sales Team during his tenure.  Defendant's employment was terminated on June 29, 2007.

8.    Upon information and belief, Defendant's residence and principal place of business is located at 1325 Howard Avenue # 815, Burlingame, California, 94010.

9.    During the last several months, XTEND has been engaged in negotiations with Amcom Software Corp. ("Amcom") regarding Amcom's acquisition of XTEND assets. Defendant has been aware of this pending transaction through his ongoing communications with at least one current employee of XTEND.

## FACTUAL BACKGROUND

10.    On October 21, 2007, at 2:16 p.m. and continuing for a period of many minutes,[1] Defendant used an AOL e-mail account ("rlreale@aol.com") to send inflammatory messages to the e-mail addresses of XTEND customers.

_____

[1] Unless otherwise indicated, all references to time are stated in Eastern Daylight Time.

-3-

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

11.    Defendant's messages contained false information, including that: (i) XTEND had completed a merger with another company; (ii) the new company intended to convert existing customers to a new computer operating system; (iii) up to 80% of XTEND's employees were going to be terminated; and (iv) XTEND had suffered "years of rumored financial struggling." These false claims were not, and cannot be, substantiated by Defendant. One of these messages is attached as Exhibit A.

12.    On October 30, 2007, at 1:22 p.m., Defendant sent a different e-mail message to some of the same recipients from a new AOL account, "rleadsclub@aol.com." This e-mail reiterated the false and unsubstantiated claim that XTEND clients would be "converted to a Unix or Linux platform from the Windows platform currently being used." A copy of this message is attached as Exhibit B.

13.    Defendant's false and misleading messages had the intended effect of agitating XTEND's clients, prompting many of them to contact the company to voice their concerns about the "conversion."

14.    Three of the defamatory messages that Defendant sent on October 21, 2007 to internal XTEND mailing lists were sent from the following Internet Protocol (IP) address: 68.126.206.17. On information and belief, this IP address is registered to AT&T and is used to provide a broadband Internet connection to a subscriber located in the greater San Francisco Area.

15.    The e-mail message that Defendant sent from his rleadsclub@aol.com account on October 30, 2007 was sent from the following IP address: 68.126.203.96. On information and belief, this IP address is also registered to AT&T and is used to provide a broadband Internet connection to a subscriber located in the greater San Francisco Area.

16.    On October 30, 2007, at 3:28 p.m., Defendant sent an e-mail to an employee of XTEND from a Google Gmail account ("brainlife@gmail.com"). Defendant's message carried the subject line "Tim Hooker's New Phone and Fax Numbers," and the header information revealed that it was sent from the same IP address (68.126.203.96) as the October 30, 2007 message sent from Defendant's rleadsclub@aol.com e-mail alias. The header information from

-4-

1    Defendant's Gmail messages also confirm that the message had been sent from the same

2    subscriber who owned the account "timothyhooker@att.net." A copy of this message is

3    attached as Exhibit C.

4            17.     The inflammatory nature of the false allegations Defendant makes in his e-mail

5    messages makes it abundantly clear that he intended to disrupt XTEND's current business

6    operations and pending sale by attempting to devalue the Company, sowing unrest among

7    XTEND's employees and by damaging XTEND's relationships with customers.

8            18.     Defendant drafted his e-mails to look like press releases or information taken

9    from legitimate Internet news sources to add an air of credibility to the fabrications contained

10    therein.  Some messages began with a misleading line of text that stated, "Press Release: NY-

11    Software" while others began with:

12                    Google alert on a vendor:

13                    Amcom Software to Complete Acquisition of Xtend Communications
                     of NY?

14
                     Real Estate News & Leads
15
     in an obvious attempt to convince message recipients that Defendant was forwarding actual press
16
     releases or news articles.
17
             19.     Defendant was partially successful in his efforts to deceive XTEND's
18
     employees and clients.  XTEND managers received numerous inquiries from employees
19
     concerned that a substantial portion of the staff was going to be laid off in the near future, and
20
     the company received many inquiries from clients asking about XTEND's plans to require their
21
     conversion to a new operating system.
22
             20.     Amcom, the potential buyer of XTEND, has also expressed concern that
23
     Defendant's e-mails have reduced the value of XTEND's present and future customer
24
     relationships and consequently, the value of the Company.
25
             21.     As a direct result of Defendant's fraudulent e-mail messages, XTEND has been
26
     forced to devote time and financial resources to reassuring clients and employees that
27
     Defendant's allegations are baseless.  XTEND has also been forced to retain legal counsel to
28
     investigate and address Defendant's illegal activities.

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-5-

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

## COUNT I

### Defamation

### (Cal. Civ. Code § 44, *et seq.*)

22.    XTEND realleges each and every allegation set forth in Paragraphs 1 through 21 as if set forth fully herein.

23.    Defendant published his knowingly false statements by sending them via e-mail to XTEND employees and clients, and none of his statements were "privileged."

24.    As discussed above, the statements made by Defendant in his e-mail messages to XTEND's clients and employees were false and defamatory.

25.    Defendant's false and misleading messages had a natural tendency to injure XTEND economically by disrupting its relationships with its employees, clients and the prospective buyer.

26.    Furthermore, Defendant's false statements were intended to affect, and have affected, XTEND's ability to maintain its current business relationships and may damage the company's goodwill in a manner that affects the expansion of its customer base in the future.

27.    At a minimum, Defendant's comments inflicted actual damages on XTEND by requiring its management to focus time and valuable resources on combating the confusion caused by his defamatory e-mail messages, and causing the company to incur legal fees to investigate the source of the e-mails and confirm Defendant's responsibility for them.

## COUNT II

### Intentional Interference with a Prospective Economic Advantage

28.    XTEND realleges each and every allegation set forth in Paragraphs 1 through 27 as if set forth fully herein.

29.    XTEND has an ongoing and economically beneficial relationship with the clients and prospective clients to whom Defendant sent inflammatory e-mail messages.

30.    Defendant was aware of the economic relationship between XTEND and the clients and prospective clients who received those messages because XTEND had employed Defendant as a sales manager, and Defendant was aware of the expected acquisition of XTEND.

-6-

31.     Defendant intentionally disrupted XTEND's relationship with its clients and employees by sending defamatory e-mail messages that Defendant knew would alarm XTEND's clients and employees and would interfere with the pending Amcom transaction. Upon receiving Defendant's messages, many clients contacted XTEND to discuss the allegations contained therein.

32.     Defendant's actions caused economic harm by forcing XTEND to reallocate its resources in order to counteract the deleterious effects of his false accusations, and to incur legal fees in the course of investigating and combating Defendant's false e-mails.

33.     Defendant's conduct was willful and malicious and was intended to oppress and injure XTEND, thereby entitling XTEND to an award of punitive damages.

## PRAYER FOR RELIEF

WHEREFORE, XTEND prays that this Court enter judgment in its favor and against Defendant on each and every claim for relief set forth above, and issue an order:

A.     Preliminarily and permanently restraining and enjoining Defendant, his agents, subsidiaries, representatives, distributors, dealers, members, affiliates, and all persons active in concert or participation with him from (i) making any unauthorized use, or obtaining any unauthorized access to XTEND's customer or employee e-mail or postal mailing lists; and/or (ii) knowingly distributing or otherwise disseminating false information about XTEND or its corporate officers to any third party via any e-mail list, website, blog, newsgroup, message board, or any other method of written, oral, or electronic communication.

B.     Awarding XTEND compensatory damages;

C.     Awarding XTEND statutory damages;

D.     Awarding XTEND punitive damages;

E.     Requiring Defendant to pay restitution;

F.     Awarding XTEND costs and reasonable attorneys' fees;

Complaint

1  G.    Awarding XTEND pre- and post-judgment interest; and

2  H.    Any further relief that this Court deems just and proper.

3

4  Dated: November 2, 2007            SONNENSCHEIN NATH & ROSENTHAL LLP

5

6

7  By _____

8                         Gayle M. Athanacio

9  Attorneys for Plaintiff
   XTEND Communications Corp.

10

11                        **DEMAND FOR JURY TRIAL**

12      Pursuant to Federal Rule of Civil Procedure 38(b), and Civil Local Rule 3-6, XTEND

13  hereby serves notice of its demand for a jury trial.

14  Dated: November 2, 2007            SONNENSCHEIN NATH & ROSENTHAL LLP

15

16

17  By _____

18                         Gayle M. Athanacio

19  Attorneys for Plaintiff
   XTEND Communications Corp.

20

21

22

23

24  27281886

25

26

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

-8-

Complaint

# EXHIBIT A.

Message from <u>rlreale@aol.com</u>, dated October 21, 2007,
Subject: Software to Complete Acquisition of Xtend.

Source Address is highlighted below.

```
Return-path: <rlreale@aol.com>
Received: from mail190.messagelabs.com ([216.82.249.51])
      by chs-gw-gwia1.carilion.com with SMTP; Sun, 21 Oct 2007
14:38:15 -0400
X-VirusChecked: Checked
X-Env-Sender: rlreale@aol.com
X-Msg-Ref: server-10.tower-190.messagelabs.com!1192991893!8698186!1
X-StarScan-Version: 5.5.12.14.2; banners=-,-,-
X-Originating-IP: [64.12.137.9]
X-SpamReason: No, hits=1.8 required=7.0
tests=FORGED_AOL_TAGS,HTML_30_40,
   HTML_MESSAGE,UNPARSEABLE_RELAY
Received: (qmail 12262 invoked from network); 21 Oct 2007 18:38:14 -
0000
Received: from imo-m28.mx.aol.com (HELO imo-m28.mx.aol.com)
(64.12.137.9)
   by server-10.tower-190.messagelabs.com with SMTP; 21 Oct 2007
18:38:14
-0000
Received: from rlreale@aol.com
      by imo-m28.mx.aol.com (mail_out_v38_r9.3.) id w.c6b.1ab54ef3
(37032)
       for <sperry01@gaylordhotels.com>; Sun, 21 Oct 2007 14:27:13
-0400 (EDT)
Received: from webmail-mf02 (webmail-mf02.webmail.aol.com
[64.12.88.215]) by cia-db02.mx.aol.com (v119.12) with ESMTP id
MAILCIADB022-90a8471b99f6131; Sun, 21 Oct 2007 14:27:10 -0400
To: sperry01@gaylordhotels.com
Subject: Amcom Software to Complete Acquisition of Xtend
Date: Sun, 21 Oct 2007 14:27:02 -0400
X-MB-Message-Source: WebUI
X-MB-Message-Type: User
MIME-Version: 1.0
From: rlreale@aol.com
Content-Type: multipart/alternative;

boundary="--------MB_8C9E2271C04312D_A00_19DFA_webmail-
mf02.sysops.aol.c
om"
X-Mailer: AOL WebMail 31361-STANDARD
Received: from 68.126.206.17 by webmail-mf02.sysops.aol.com
(64.12.88.215) with HTTP (WebMailUI); Sun, 21 Oct 2007 14:27:02 -0400
Message-Id: <8C9E2271C04312D-A00-CD3F@webmail-mf02.sysops.aol.com>
X-AOL-IP: 64.12.88.215
X-Spam-Flag: YES
```

**From:** rlreale@aol.com [mailto:rlreale@aol.com]
**Sent:** Sunday, October 21, 2007 11:27 AM
**To:** sperry01@gaylordhotels.com
**Subject:** Amcom Software to Complete Acquisition of Xtend

Press Release: NY-Software
10/19/200 5:01 PM

Following years of rumored financial struggling, XTEND
Communications Corp is being acquired by Amcom Software of
Minneapolis, MN.
Amcom who specializes on Health Care solutions and
Emergency Notification software is interested in the
customer base who utilizes older technology developed in
the 1980's and will work to convert these customers to a
Unix or Linux platform from the Windows platform currently
being used.


Real estate: 171 Madison Ave, NY, NY: Approximately 10,000
sq ft:
Employees: Approx: 75
Employees to remain at location: 15-25
Approx customers: 235

The sale amount is undisclosed at this time.




Message from rlreale@aol.com, dated October 21, 2007,
Subject: Software to Complete Acquisition of Xtend.

Source Address is highlighted below.


Microsoft Mail Internet Headers Version 2.0
Received: from barracuda.masco.harvard.edu ([172.16.16.83]) by
masco.harvard.edu with Microsoft SMTPSVC(6.0.3790.3959); Sun, 21 Oct
2007 14:30:10 -0400
X-ASG-Debug-ID: 1192991369-5b2100100000-1Dd6iO
X-Barracuda-URL:
http://barracuda.masco.harvard.edu:8000/cgi-bin/mark.cgi
X-Barracuda-Connect: imo-m22.mx.aol.com[64.12.137.3]
X-Barracuda-Start-Time: 1192991369
X-ASG-Whitelist:  Sender
Received: from imo-m22.mail.aol.com (imo-m22.mx.aol.com [64.12.137.3])
          by barracuda.masco.harvard.edu (Spam Firewall) with SMTP id
44D5126760
          for <jjohnson@masco.harvard.edu>; Sun, 21 Oct 2007 14:29:29
-0400 (EDT)
Received: from rlreale@aol.com

# EXHIBIT B.

Message from rleadsclub@aol.com, dated October 30, 2007, Subject: Xtend
Communications Acquired by Amcom Software ?

Source Address is highlighted below.

```
Microsoft Mail Internet Headers Version 2.0
Received: from lvexcon01.MGMMIRAGE.ORG ([10.46.81.28]) by
PURPLE.MGMMIRAGE.ORG with Microsoft SMTPSVC(6.0.3790.1830);
          Tue, 30 Oct 2007 10:25:24 -0700
Received: from relay.mgmmirage.com ([192.168.78.59]) by
lvexcon01.MGMMIRAGE.ORG with Microsoft SMTPSVC(6.0.3790.211);
          Tue, 30 Oct 2007 10:25:24 -0700
Received: from [64.12.137.3] by relay.mgmmirage.com with SMTP (MGM
 MIRAGE SMTP Relay (Email Firewall v6.3.1)); Tue, 30 Oct 2007 10:25:11
 -0700
X-Server-Uuid: 7DD7721A-71F7-4C99-BBC2-CF262A5AA74B
Received: from rleadsclub@aol.com by imo-m22.mx.aol.com (
 mail_out_v38_r9.3.) id q.ce7.1ebca1e0 (52323) for
 <shawn.wieser@apollogrp.edu>; Tue, 30 Oct 2007 13:22:09 -0400 (EDT)
Received: from FWM-D36 (fwm-d36.webmail.aol.com [205.188.162.12]) by
 ciaaol-d02.mx.aol.com (v120.9) with ESMTP id
 MAILCIAAOLD029-cc63472768401b7; Tue, 30 Oct 2007 13:22:09 -0400
To: shawn.wieser@apollogrp.edu
Subject: Xtend Communications Acquired by Amcom Software ?
Date: Tue, 30 Oct 2007 13:22:08 -0400
X-MB-Message-Source: WebUI
X-MB-Message-Type: User
MIME-Version: 1.0
From: rleadsclub@aol.com
X-Mailer: AOL WebMail 31361-STANDARD
Received: from 68.120.203.96 by FWM-D36.sysops.aol.com (205.188.162.12)
 with HTTP (WebMailUI); Tue, 30 Oct 2007 13:22:08 -0400
Message-ID: 8C9E93088B37513-C40-5EEA@FWM-D36.sysops.aol.com
```

**From:** rleadsclub@aol.com [mailto:rleadsclub@aol.com]
**Sent:** Tuesday, October 30, 2007 10:22 AM
**To:** shawn.wieser@apollogrp.edu
**Subject:** Xtend Communications Acquired by Amcom Software ?

Google alert on a vendor:

Amcom Software to Complete Acquisition of Xtend Communications of NY?
Real Estate News & Leads

Following years of rumored financial struggling, XTEND Communications Corp is being
acquired by Amcom Software of Minneapolis, MN.
Amcom who specializes on Health Care solutions and Emergency Notification software
is interested in the customer base who utilizes older technology developed in the 1980's
and will work to convert these customers to a Unix or Linux platform from the Windows
platform currently being used.

Real estate: 171 Madison Ave, NY, NY: Approximately 10,000 sq ft:
Employees: Approx: 75
Est Employees to remain at location: 20-25
Approx customers: 235

The sale amount is undisclosed at this time.

---

Email and AIM finally together. You've gotta check out free AOL Mail!

# EXHIBIT C.

Message from Timothy Hooker (brainlife@gmail.com), dated October 30, 2007, Subject:
Tim Hooker's New Phone and Fax Numbers

Source Address is highlighted below.

```
X-Apparently-To: acormier@ameritech.net via 69.147.85.113; Tue, 30 Oct
2007 16:29:22 -0700
X-Originating-IP: [69.147.64.92]
Authentication-Results: mta131.sbc.mail.mud.yahoo.com  from=gmail.com;
domainkeys=neutral (no sig)
Received: from 207.115.20.166   (EHLO flpi126.prodigy.net)
(207.115.20.166)
  by mta131.sbc.mail.mud.yahoo.com with SMTP; Tue, 30 Oct 2007 16:29:22
-0700
X-Originating-IP: [69.147.64.92]
Received: from smtp119.sbc.mail.sp1.yahoo.com
(smtp119.sbc.mail.sp1.yahoo.com [69.147.64.92])
     by flpi126.prodigy.net (8.13.8 inb regex/8.13.8) with SMTP id
l9UNTJoQ003187
     for <acormier@ameritech.net>; Tue, 30 Oct 2007 16:29:20 -0700
Message-Id: <200710302329.l9UNTJoQ003187@flpi126.prodigy.net>
Received: (qmail 15450 invoked from network); 30 Oct 2007 23:28:32 -
0000
Received: from unknown (HELO TimothyPC)
(timothyhooker@att.net@68.123.203.96
with login)
  by smtp119.sbc.mail.sp1.yahoo.com with SMTP; 30 Oct 2007 23:28:32
-0000
X-YMail-OSG:
YNjP9asVM1lIhN91M8y5W62rIyT6gukyU4sOt6nOELf19YBD7h60ftNgU4IW8jXXKHW_PPr
f
rYxv
v6DhMF.tsLXu
From: "Timothy Hooker" <brainlife@gmail.com>
To: <acormier@ameritech.net>
In-Reply-To: <001501c81b32$07930710$9b0cce4b@ACORMIER>
Subject: RE: Tim Hooker's new phone and fax numbers
Date: Tue, 30 Oct 2007 16:28:09 -0700
MIME-Version: 1.0
Content-Type: text/plain;
     charset="us-ascii"
Content-Transfer-Encoding: 7bit
X-Mailer: Microsoft Office Outlook, Build 11.0.5510
X-MimeOLE: Produced By Microsoft MimeOLE V6.0.6000.16545
thread-index: Acefu3CXbs8PdDd8RQmtV+TYZJSMeh7dm+4gAAaPffA=

From: Timothy Hooker [mailto:brainlife@gmail.com]
Sent: October 30, 2007 6:28 PM
To: acormier@ameritech.net
Subject: RE: Tim Hooker's new phone and fax numbers


Should be back next week....how is it going....Did you lock in anything
broadband?

Heard Bill S. joined the Peace Corps in India.
```

Other rumor is Lou K. is being investigated for embezzlement by FBI ;-)
Did he run off with the espresso machine as they say?

TH

-----Original Message-----
From: Al Cormier [mailto:acormier@ameritech.net]
Sent: Tuesday, October 30, 2007 1:18 PM
To: 'Tim Hooker'
Subject: RE: Tim Hooker's new phone and fax numbers

Tim:

I hope all is going well for you.  I wanted to bring you up to speed on
what is going on here.

What is a good time to reach out to you.

Take care,

 Al Cormier

Regional Sales Manager | XTEND Communications Corp.
acormier@xtend.com  |  630 466 1890 | www.xtend.com




-----Original Message-----
From: Tim Hooker [mailto:brainlife@gmail.com]
Sent: May 26, 2007 12:27 PM
To: Al Cormier
Subject: Tim Hooker's new phone and fax numbers


Hello Al,

I've recently subscribed to the RingCentral service
to make it easier for people to reach me.
Please call my RingCentral number +1 (800) 418-1491
whenever you need to contact me or send me a fax.
RingCentral makes it possible for me to pick up these calls
wherever I am, and also notifies me of voice mail and faxes
as they arrive. Please update your records to include my
RingCentral number.

Thank you very much,

Tim Hooker