1 | GAYLE M. ATHANACIO (State Bar No. 130068)
2 | SONNENSCHEIN NATH & ROSENTHAL LLP
    525 Market Street, 26th Floor
3 | San Francisco, California 94105-2708
    Telephone:   (415) 882-5000
4 | Facsimile:    (415) 882-0300
    E-mail:       gathanacio@sonnenschein.com

5 | Attorneys for Plaintiff
    XTEND COMMUNICATIONS CORP.

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| XTEND COMMUNICATIONS CORP.<br><br>Plaintiff.<br><br>v.<br><br>TIMOTHY HOOKER,<br><br>Defendant. | Case No. CV 07 5599<br><br>**PLAINTIFF XTEND COMMUNICATION CORP.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

-1-

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceedings:

Plaintiff Xtend Communications Corp. is a privately held company, 100% owned by William I. Schwartz. Amcom Software Corporation is presently engaged in negotiations to acquire substantially all of the assets of Xtend. Amcom is a privately held company, 100% owned by 2d Wave Software, which itself is a privately held company owned by Chris Heim, Dan Mayblene, and CIBC.

The defendant in the case is an individual, Timothy Hooker.

Dated: November 2, 2007                    SONNENSCHEIN NATH & ROSENTHAL LLP

By _____

Gayle M. Athanacio

Attorneys for Plaintiff
XTEND Communications Corp.

27281898