## United States District Court
### NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| XTEND COMMUNICATIONS CORP. | SUMMONS IN A CIVIL CASE |
| | CASE NUMBER: |
| V. | |
| TIMOTHY HOOKER | CV 07  5599  JL |

TO: (Name and address of defendant)

Timothy Hooker
1325 Howard Avenue
#815
Burlingame, CA 94010

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gayle M. Athanacio, Esq.
SONNENSCHEIN, NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Email: gathanacio@sonnenschein.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking                                    NOV 2 - 2007
CLERK                                                  DATE_____

Helen L. Almacen
(BY) DEPUTY CLERK

GAYLE M. ATHANACIO (SBN 130068)
SONNENSCHEIN NATH & ROSENTHAL
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : XTEND COMMUNICATIONS CORP.
Defendant : TIMOTHY HOOKER

Ref#: 225110        *   **PROOF OF SERVICE**   *   Case No.: C07-05599 JL

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT; PLAINTIFF XTEND COMMUNICATION CORP.'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; U.S. DISTRICT COURT SAN FRANCISCO INFORMATION; NOTICE OF ASSIGNMENTOF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; ECF REGISTRATION INFORMATION HANDOUT

in the within action by personally delivering true copies thereof to the person named below, as follows:

        Party served    : TIMOTHY HOOKER

        By serving      : Timothy Hooker, Personally

        Address         : (Home)
                          122 Dwight Road, Apt. B
                          Burlingame, CA 94010

        Date of Service: November 5, 2007

        Time of Service: 7:45 PM

Person who served papers:
JARVIS D. HASKIN                          Fee for service: $220.00
SPECIALIZED LEGAL SERVICES, INC.          Registered California process server.
1112 Bryant Street, Suite 200             (i) Employee or Independent Contractor
San Francisco, CA 94103                   (ii) Registration no.: 1006
Telephone: (415) 357-0500                 (iii) County: Alameda

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: November 6, 2007                    Signature_____