Gayle M. Athanacio (State Bar No. 130068)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
E-mail: gathanacio@sonnenschein.com

Marc J. Zwillinger (*pro hac vice* admission pending)
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street, NW
Washington, DC 20005
Telephone: (202) 408-6400
Facsimile: (202) 408-6399
E-mail: mzwillinger@sonnenschein.com

Attorneys for Plaintiff
XTEND Communications Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XTEND COMMUNICATIONS CORP,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY HOOKER,<br><br>Defendant. | Case No. 07 5599 JL<br><br>**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO HEAR MOTION FOR EXPEDITED THIRD PARTY DISCOVERY ON SHORTENED TIME**<br><br>Hearing Date: TBD<br>Hearing Time: TBD<br>Courtroom: F, 15th Floor<br>Honorable Chief Magistrate Judge James Larson |

Having reviewed Plaintiff XTEND Communications Corp.'s ("XTEND") *Ex Parte* Application To Hear Motion For Expedited Third Party Discovery On Shortened Time, and good cause appearing therefor, IT IS HEREBY ORDERED:

XTEND'S Application is GRANTED.

A. XTEND's Motion For Expedited Third Party Discovery shall be heard on November __, 2007 at 9:30 a.m.

-1-

**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO HEAR MOTION FOR EXPEDITED THIRD PARTY DISCOVERY ON SHORTENED TIME**

B. Defendant Timothy Hooker shall file with the Court and serve on XTEND all opposition papers no later than 4 p.m. on November __, 2007.

C. XTEND waives its right to file reply papers.

Dated: November _, 2007

_____
Chief Magistrate James Larson
United States District Court Magistrate Judge

-2-
**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION TO HEAR MOTION FOR EXPEDITED THIRD PARTY DISCOVERY ON SHORTENED TIME**