# EXHIBIT A

## Kalay, Hillary N.

| | |
|---|---|
| **From:** | Zwillinger, Marc J. |
| **Sent:** | Wednesday, November 07, 2007 6:05 AM |
| **To:** | brainlife@gmail.com; timothyhooker@att.net |
| **Cc:** | Athanacio, Gayle M. |
| **Subject:** | XTEND Communications v. Hooker |

Mr. Hooker:

I am counsel for XTEND communications. As you know, XTEND filed a complaint against you recently in the Northern District of California, which was served upon you on Monday, November 5, 2007. I do not know if you are currently represented by counsel. However, it is important that your counsel (or you, if you are unrepresented) get in touch with me or Gayle Athanacio as soon as possible regarding this matter. As indicated in the letter you should have received, XTEND is contemplating moving for preliminary injunctive relief and to seek a court order regarding expedited discovery. Prior to our making either or both such motions, we have to make an effort to meet and confer with you, or preferably, your counsel if you have retained one, to discuss whether these motions are necessary. This is our effort to do so.

Obviously, a federal court proceeding is an important matter affecting your legal rights and those rights may be best protected if you are represented by a lawyer. If you have counsel, please forward this email to him or her and ask them to contact me, and please also let me know who that is so I can correspond in the future only directly with him/her. If you do not yet have a lawyer, please contact me by email or phone at the number below and we can set up a time to talk about these motions.

Marc J. Zwillinger, CISSP
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Washington, D.C. 20005
(202) 408-9171 (p)
(202) 408-6399 (f)
mzwillinger@sonnenschein.com
Visit my website at -http://www.sonnenschein.com/attorneys/index.aspx?aid=0003731

1