Gayle M. Athanacio (State Bar No. 130068)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile:  (415) 882-0300
E-mail:     gathanacio@sonnenschein.com

Marc J. Zwillinger (*pro hac vice* admission pending)
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street, NW
Washington, DC 20005
Telephone: (202) 408-6400
Facsimile:  (202) 408-6399
E-mail:     mzwillinger@sonnenschein.com

Attorneys for Plaintiff
XTEND Communications Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XTEND COMMUNICATIONS CORP,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY HOOKER,<br><br>Defendant. | Case No. 07 5599 JL<br><br>**[PROPOSED] ORDER GRANTING XTEND COMMUNICATIONS CORP.'S MOTION FOR EXPEDITED THIRD PARTY DISCOVERY**<br><br>Hearing Date: TBD<br>Hearing Time: 9:30 a.m.<br>Courtroom: F, 15th Floor<br>Honorable Chief Magistrate Judge James Larson |

Having reviewed Plaintiff XTEND Communications Corp.'s ("XTEND") Motion For Expedited Third Party Discovery, and good cause appearing therefor, IT IS HEREBY ORDERED:

XTEND'S Motion is GRANTED.

A.   XTEND may issue the subpoenas attached to the Declaration of Marc Zwillinger as Exhibits B, C and D to third parties AT&T, Google and AOL.

B. Responses to the subpoenas to AT&T, Google AOL are due 14 days from the issuance of the subpoenas.

Dated: November __, 2007

_____
Chief Magistrate James Larson
United States District Court Magistrate Judge

-2-
**[PROPOSED] ORDER GRANTING XTEND'S MOTION FOR EXPEDITED THIRD PARTY DISCOVERY**