GAYLE M. ATHANACIO (State Bar No. 130068)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, California 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
E-mail: gathanacio@sonnenschein.com

Attorneys for Plaintiff
XTEND COMMUNICATIONS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

XTEND COMMUNICATIONS CORP.

Plaintiff.

v.

TIMOTHY HOOKER,

Defendant.

Case No. 07 5599 JL

**PLAINTIFF XTEND COMMUNICATION CORP.'S PROOF OF SERVICE**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

**PROOF OF SERVICE**

I, Margaret Gallagher, that I am a citizen of the United States and employed in the City and County of San Francisco. I am over the age of eighteen years and not a party to the within action. My business address is SONNENSCHEIN NATH & ROSENTHAL LLP, 525 Market Street, 26th Floor, San Francisco, California 94105.

On November 13, 2007, I caused to be served the attached document(s) entitled:

**EX PARTE APPLICATION TO HEAR MOTION FOR EXPEDITED THIRD-PARTY DISCOVERY ON SHORTENED TIME; [PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR EXPEDITED THIRD PARTY DISCOVERY ON SHORTENED TIME; DECLARATION OF MARC J. ZWILLINGER IN SUPPORT OF EXTEND'S EX PARTE APPLICATION**

**XTEND COMMUNICATIONS CORP.'S NOTICE OF MOTION AND MOTION FOR EXPEDITED THIRD-PARTY DISCOVERY AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; (PROPOSED) ORDER GRANTING XTEND COMMUNICATIONS CORP.'S MOTION FOR EXPEDITED THIRD PARTY DISCOVERY**

in a sealed envelope addressed to the individuals listed below:

Timothy Hooker
122 Dwight Road, Apt. B
Burlingame, CA 94010

Timothy Hooker
1325 Howard Avenue, #815
Burlingame, CA 94010

☒ U.S. MAIL: I am personally and readily familiar with the business practice of Sonnenschein Nath & Rosenthal, LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

☐ FACSIMILE TRANSMISSION: I caused such document to be sent by facsimile transmission at the above-listed fax number for the party.

☐ FEDERAL EXPRESS: I served the within document in a sealed Federal Express envelope with delivery fees provided for and deposited in a facility regularly maintained by Federal Express.

☐ ELECTRONIC MAIL: I served the within document in Adobe Acrobat "PDF" format via electronic mail delivery to the "e-mail" address as given above.

☐ HAND DELIVERY: I caused such document to be served by hand delivery by Specialized Legal Services.

I declare under penalty of perjury under the laws of the State of California that the

foregoing is true and correct, and was executed on November 13, 2007 in San Francisco, California.

/s/
Margaret Gallagher

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000