GAYLE ATHANACIO (SBN 130068)
gathanacio@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

MARC J. ZWILLINGER (*Pro Hac Vice Application Pending*)
mzwillinger@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street, N.W., Suite 600
Washington, D.C. 20006
Telephone: (202) 408-9171
Facsimile: (202) 408-6399

Attorneys for Plaintiff
XTEND Communications Corp.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XTEND COMMUNICATIONS CORP., <br><br> Plaintiff, <br><br> vs. <br><br> TIMOTHY HOOKER, <br><br> Defendant. | Case No. 07-5599 JL <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, Marc J. Zwillinger, an active member in good standing of the bar of the State of Illinois and of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff XTEND Communications Corp. in the above-entitled action.

In support of this application, I certify under oath that:

1. I am an active member in good standing in the U.S. District Court for the Northern District of Illinois and in the District of Columbia, U.S. Court of Appeals for the

1. First, Third, Fifth, Seventh, Ninth, Tenth, and Eleventh Circuits;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Gayle Athanacio (SBN 130068)
gathanacio@sonnenschein.com
Sonnenschein Nath & Rosenthal LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 7, 2007

Marc J. Zwillinger

25226797\V-1

- 2 -

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

# PROOF OF SERVICE

I, Patricia Cranmer, that I am a citizen of the United States and employed in the City and County of San Francisco. I am over the age of eighteen years and not a party to the within action. My business address is SONNENSCHEIN NATH & ROSENTHAL LLP, 525 Market Street, 26th Floor, San Francisco, California 94105.

On November 13, 2007, I caused to be served the attached document(s) entitled:

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; (PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

in a sealed envelope addressed to the individuals listed below:

Timothy Hooker
122 Dwight Road, Apt. B
Burlingame, CA 94010

☒ U.S. MAIL: I am personally and readily familiar with the business practice of Sonnenschein Nath & Rosenthal, LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

☐ FACSIMILE TRANSMISSION: I caused such document to be sent by facsimile transmission at the above-listed fax number for the party.

☐ FEDERAL EXPRESS: I served the within document in a sealed Federal Express envelope with delivery fees provided for and deposited in a facility regularly maintained by Federal Express.

☐ ELECTRONIC MAIL: I served the within document in Adobe Acrobat "PDF" format via electronic mail delivery to the "e-mail" address as given above.

☐ HAND DELIVERY: I caused such document to be served by hand delivery by Specialized Legal Services.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and was executed on November 13, 2007 in San Francisco, California.

_/s/ Patricia Cranmer_
Patricia Cranmer