GAYLE ATHANACIO (SBN 130068)
gathanacio@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300

MARC J. ZWILLINGER (*Pro Hac Vice Application Pending*)
mzwillinger@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street, N.W., Suite 600
Washington, D.C. 20006
Telephone: (202) 408-9171
Facsimile: (202) 408-6399

Attorneys for Plaintiff
XTEND Communications Corp.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XTEND COMMUNICATIONS CORP., <br><br> Plaintiff, <br><br> vs. <br><br> TIMOTHY HOOKER, <br><br> Defendant. | Case No. 07-5599 JL <br><br> (Proposed) <br> **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** <br> *PRO HAC VICE* |

Marc J. Zwillinger, an active member in good standing of the bar of the State of Illinois, U.S. District Court for the Northern District of Illinois, and the District of Columbia, U.S. Court of Appeals for the First, Third, Fifth, Seventh, Ninth, Tenth, and Eleventh Circuits, whose business address and telephone number is Sonnenschein Nath & Rosenthal LLP, 1301 K Street, N.W., Suite 600, Washington, D.C. 20005, telephone: 202-408-9171, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac*

1  *vice* basis, representing the Plaintiff, XTEND Communications Corp.

2  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
3  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
4  *vice*. Service of papers upon and communication with co-counsel designated in the application
5  will constitute notice to the party. All future filings in this action are subject to the requirements
6  contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11-16-07

United States Judge

**JAMES LARSON**
**U.S. CHIEF MAGISTRATE JUDGE**

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

25226791\V-1