GAYLE M. ATHANACIO (State Bar No. 130068)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, California 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
E-mail: gathanacio@sonnenschein.com

Attorneys for Plaintiff
XTEND COMMUNICATIONS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| XTEND COMMUNICATIONS CORP.<br><br>    Plaintiff.<br><br>v.<br><br>TIMOTHY HOOKER,<br><br>    Defendant. | Case No.<br><br>**PLAINTIFF XTEND COMMUNICATION CORP.'S PROOF OF SERVICE** |

-1-

PLAINTIFF XTEND'S PROOF OF SERVICE

## PROOF OF SERVICE

I, Reggie Neil Volstad, declare that I am a citizen of the United States and employed in the City and County of San Francisco. I am over the age of eighteen years and not a party to the within action. My business address is SONNENSCHEIN NATH & ROSENTHAL LLP, 525 Market Street, 26th Floor, San Francisco, California 94105.

On December 6, 2007, I caused to be served the attached document(s) entitled:

XTEND COMMUNICATION CORP.'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED THIRD PARTY DISCOVERY

DECLARATION OF MARC J. ZWILLINGER IN SUPPORT OF XTEND COMMUNICATIONS CORP.'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED THIRD PARTY DISCOVERY

in a sealed envelope addressed to the individuals listed below:

Timothy Hooker
122 Dwight Road, Apt. B
Burlingame, CA  94010

Timothy Hooker
1325 Howard Avenue, #815
Burlingame, CA  94010

☒ **U.S. MAIL:** I am personally and readily familiar with the business practice of Sonnenschein Nath & Rosenthal, LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

☐ **FACSIMILE TRANSMISSION:** I caused such document to be sent by facsimile transmission at the above-listed fax number for the party.

☐ **FEDERAL EXPRESS:** I served the within document in a sealed Federal Express envelope with delivery fees provided for and deposited in a facility regularly

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and was executed on December 6, 2007 in San Francisco, California.

_____
Reggie Neil Volstad