**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XTEND COMMUNICATIONS CORPORATION., <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY HOOKER, <br><br> Defendant. <br> _____/ | No. C 07 -5599  JL <br><br><br> CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE |

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed before a United States District Judge. I understand that I am free to withhold consent to jurisdiction of this court and request reassignment to a district judge without adverse substantive consequences.

Date: _____                    _____

                                                                  Signature

                                                                  Counsel for _____

                                                                  _____

CONSENT                                                1