**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XTEND COMMUNICATIONS CORPORATION., <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY HOOKER, <br><br> Defendant. <br>_____/ | No. C 07-5599 JL <br><br> REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION |

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Date: _____          _____

                                                                Signature


                                                                Counsel for _____

                                                                _____

REQUEST                                                                 1