UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

XTEND COMMUNICATIONS CORPORATION.,

    Plaintiff,

v.

TIMOTHY HOOKER,

    Defendant.

No. C 07-5599 JL

CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed before a United States District Judge. I understand that I am free to withhold consent to jurisdiction of this court and request reassignment to a district judge without adverse substantive consequences.

Date: 12-12-07

_____
Signature

Counsel for XTEND Communications Corp.

CONSENT      1

## CERTIFICATE OF SERVICE

I, Diane Donner, hereby declare:

I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Sonnenschein Nath & Rosenthal LLP, 525 Market Street, 26th Floor, San Francisco, California 94105.

On December 13, 2007, I served a copy of the following document entitled:

**CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE**

on the interested parties in this action by placing a true copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Sonnenschein Nath & Rosenthal LLP, as follows:

| | |
|---|---|
| Timothy Hooker<br>122 Dwight Road<br>Apt. B<br>Burlingame, CA  94010 | Timothy Hooker<br>1325 Howard Avenue<br>#815<br>Burlingame, CA  94010 |

☒ U.S. MAIL: I am personally and readily familiar with the business practice of Sonnenschein Nath & Rosenthal LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

☐ HAND DELIVERY: I caused such document to be served by hand delivery.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on December 13, 2007, at San Francisco, California.

_____
Diane Donner