Gayle M. Athanacio (State Bar No. 130068)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
E-mail: gathanacio@sonnenschein.com

Marc J. Zwillinger (*pro hac vice* admission pending)
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street, NW
Washington, DC 20005
Telephone: (202) 408-6400
Facsimile: (202) 408-6399
E-mail: mzwillinger@sonnenschein.com

Attorneys for Plaintiff
XTEND Communications Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XTEND COMMUNICATIONS CORP, <br><br> Plaintiff, <br><br> vs. <br><br> TIMOTHY HOOKER, <br><br> Defendant. | Case No. 07 5599 JL _ <br><br> **DECLARATION OF MARC J. ZWILLINGER IN SUPPORT OF XTEND'S *EX PARTE* APPLICATION TO HEAR MOTION FOR EXPEDITED THIRD PARTY DISCOVERY ON SHORTENED TIME AND MOTION FOR EXPEDITED THIRD PARTY DISCOVERY** <br><br> Hearing Date: TBD <br> Hearing Time: TBD <br> Courtroom: F, 15th Floor <br> Honorable Chief Magistrate Judge James Larson |

I, Marc J. Zwillinger declare as follows:

1. I am an attorney duly licensed to practice law in the Northern District of Illinois and the District of Columbia, and am a partner at the law firm of Sonnenschein, Nath & Rosenthal LLP ("Sonnenschein") and chair of its Internet, Communications and Data Protection

-1-
**ZWILLINGER DECL. ISO XTEND'S *EX PARTE* APPLICATION AND MOTION FOR EXPEDITED DISCOVERY**

practice. Sonnenschein is counsel for XTEND Communications Corp. ("XTEND") in the above-captioned matter. I have moved to be admitted to this court *pro hac vice* for purposes of this litigation. All facts set forth in this declaration are based upon my personal knowledge, and if called upon to testify as to the truth of those facts, I could and would competently do so.

2. XTEND filed a Complaint against Defendant Timothy Hooker on November 2, 2007. In its Complaint, XTEND asserts various causes of action against Defendant, which are based on fraudulent statements alleged to have been made by Defendant in e-mail messages he sent from a Google Gmail account and two America Online ("AOL") accounts.

3. Based on my prior and current work representing Internet Service Providers ("ISPs"), and investigating Internet misconduct, I am aware that that providers of Internet services, including AT&T, Google and AOL, have varying record retention policies related to information that would help trace the origin of emails that generally range from 30 to 90 days.

4. Prior to filing suit in this matter, XTEND sent a voluntary preservation request to AT&T, Google and AOL seeking to have the relevant Internet records preserved. Neither Google nor AT&T indicated that they would voluntarily preserve records in response to XTEND's request.

5. AOL acknowledged that it would preserve records related to this mater, but that it would only do so for 90 days from receipt of the letter.

6. Based on my general understanding of ISPs record retention policies, and the specific statements made by AOL, XTEND is concerned that records from AT&T and Google regarding Defendant's fraudulent statements made in e-mail messages will be destroyed by November 21, 2007. XTEND further believes that records related to AOL will be destroyed in approximately 85 days.

7. After the complaint had been served on Mr. Hooker, I worked with my partner from our San Francisco office, Gayle Athanacio, to contact Mr. Hooker by email and by phone to inform him that XTEND sought to meet and confer regarding expedited discovery from third parties and requesting to speak with his counsel or him on this issue.

8. We sent an e-mail to Mr. Hooker on November 7, 2007 inquiring as to whether he

-2-
ZWILLINGER DECL. ISO XTEND'S *EX PARTE* APPLICATION AND MOTION FOR EXPEDITED DISCOVERY

had counsel and informing him that XTEND intended to seek a court order regarding expedited discovery and requesting a meeting to confer on this issue. Attached hereto as **Exhibit A** is a true and correct copy of this e-mail. As of today's date, Defendant has not responded to this e-mail.

9. On November 9, 2007, Ms. Athanacio and I called Mr. Hooker at his place of employment, Plaza Computers, to again ascertain whether he had counsel and to meet and confer with him, but we were unable to reach him. As a result, we left a voicemail message, to which we have not received a return call as of the execution of this declaration.

10. Attached hereto as **Exhibit B** is a true and correct copy of the subpoena XTEND intends to issue to AT&T, if the court grants the motion for expedited Third-Party discovery.

11. Attached hereto as **Exhibit C** is a true and correct copy of the subpoena XTEND intends to issue to Google if the court grants the motion for expedited Third-Party discovery.

12. Attached hereto as **Exhibit D** is a true and correct copy of the subpoena XTEND intends to issue to AOL if the court grants the motion for expedited Third-Party discovery.

I declare under penalty of perjury that the foregoing is true and correct. This declaration has been executed this 13th day of November, 2007 in Washington, D.C..

_____
Marc J. Zwillinger

DISTRICT OF COLUMBIA
                :ss:

Subscribed and sworn to before me this
13th day of November, 2007.

_____
Notary Public

A'SIA L. BENTLEY
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires November 14, 2010.

# PROOF OF SERVICE

I, Reggie Neil Volstad, declare that I am a citizen of the United States and employed in the City and County of San Francisco. I am over the age of eighteen years and not a party to the within action. My business address is SONNENSCHEIN NATH & ROSENTHAL LLP, 525 Market Street, 26th Floor, San Francisco, California 94105.

On December 17, 2007, I caused to be served the attached document(s) entitled:

DECLARATION OF MARC J. ZWILLINGER IN SUPPORT OF XTEND'S EX PARTE APPLICATION TO HEAR MOTION FOR EXPEDITED THIRD PARTY DISCOVERY ON SHORTENED TIME AND MOTION FOR EXPEDITED THIRD PARTY DISCOVERY

in a sealed envelope addressed to the individuals listed below:

Timothy Hooker
122 Dwight Road, Apt. B
Burlingame, CA 94010

Timothy Hooker
1325 Howard Avenue, #815
Burlingame, CA 94010

☒ U.S. MAIL: I am personally and readily familiar with the business practice of Sonnenschein Nath & Rosenthal, LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

☐ FACSIMILE TRANSMISSION: I caused such document to be sent by facsimile transmission at the above-listed fax number for the party.

☐ FEDERAL EXPRESS: I served the within document in a sealed Federal Express envelope with delivery fees provided for and deposited in a facility regularly

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and was executed on December 17, 2007 in San Francisco, California.

_____
Reggie Neil Volstad