UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

XTEND COMMUNICATIONS CORP

       Plaintiff(s),                           No. 07-05599 JL

   v.                                 NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

TIMOTHY HOOKER

       Defendant(s).

_____/

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**   (1)   One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

        (2)   One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The **CASE MANAGEMENT CONFERENCE** previously scheduled for February 6, 2008, at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

Dated: January 2, 2008

Richard W. Wieking, Clerk
United States District Court

_____Wings Hom_____
By: Wings Hom, Deputy Clerk

reassig1.DCT                        1