**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

XTEND COMMUNICATIONS CORP.

    Plaintiff,

    v.

TIMOTHY HOOKER,

    Defendant.

No. C 07-05599 JSW

**ORDER OF REFERRAL**

    Pursuant to Local Rule 72-1, the *ex parte* application to hear motion on shortened time and the motion for expedited third party discovery and all other discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

    **IT IS SO ORDERED.**

Dated: January 11, 2008

*/s/ Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom