1  Gayle M. Athanacio (State Bar No. 130068)
2  Hillary Noll Kalay (State Bar No. 233173)
   SONNENSCHEIN NATH & ROSENTHAL LLP
3  525 Market Street, 26th Floor
   San Francisco, CA 94105-2708
4  Telephone: (415) 882-5000
   Facsimile:  (415) 882-0300
5  E-mail:     gathanacio@sonnenschein.com
6              hkalay@sonnenschein.com

7  Marc J. Zwillinger (admitted *pro hac vice*)
   SONNENSCHEIN NATH & ROSENTHAL LLP
8  1301 K Street, NW
   Washington, DC 20005
9  Telephone: (202) 408-6400
10 Facsimile:  (202) 408-6399
   E-mail:     mzwillinger@sonnenschein.com
11
   Attorneys for Plaintiff
12 XTEND Communications Corp.

13

14                 UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17
   XTEND COMMUNICATIONS CORP,          Case No. 07-5599 JSW
18
                Plaintiff,              **PLAINTIFF XTEND**
19                                      **COMMUNICATION CORP.'S PROOF**
         vs.                            **OF SERVICE**
20
   TIMOTHY HOOKER,
21
                Defendant.
22

23

24

25

26

27

28

PLAINTIFF XTEND'S PROOF OF SERVICE

# PROOF OF SERVICE

I, Sheila Marie, declare that I am a citizen of the United States and employed in the City of Washington, D.C. I am over the age of eighteen years and not a party to the within action. My business address is SONNENSCHEIN NATH & ROSENTHAL LLP, 1301 K Street, N.W., Suite 600, East Tower, Washington, D.C. 20005.

On January 14, 2008, I caused to be served the attached document(s) entitled:

ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT

in a sealed envelope addressed to the individuals listed below:

Timothy Hooker
1325 Howard Avenue, #815
Burlingame, CA 94010

☒ U.S. MAIL: I am personally and readily familiar with the business practice of Sonnenschein Nath & Rosenthal, LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

☐ FACSIMILE TRANSMISSION: I caused such document to be sent by facsimile transmission at the above-listed fax number for the party.

☐ FEDERAL EXPRESS: I served the within document in a sealed Federal Express envelope with delivery fees provided for and deposited in a facility regularly

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and was executed on January 15, 2008 in Washington, D.C.

_____
Sheila Marie

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XTEND COMMUNICATIONS CORP, | No. C 07-05599 JSW |
| Plaintiff, | |
| v. | **ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| TIMOTHY HOOKER, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been reassigned to the Honorable Jeffrey S. White, it is hereby ordered that, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management Conference shall be held in this case on March 7, 2008, at 1:30 p.m., in Courtroom 2, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Plaintiff(s) shall serve copies of this Order immediately on all parties to this action, and on any parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5. Following service, plaintiff(s) shall file with the Clerk of the Court a certificate reflecting such service, in accordance with Civil L. R. 5-6(a).

The parties shall appear in person through lead counsel to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates.

The parties shall file a joint case management statement no later than **five (5) court days** prior to the conference. The joint case management statement shall address all of the topics set forth in the Standing Order for All Judges of the Northern District of California - *Contents of Joint Case*

1  *Management Statement*, which can be found on the Court's website located at
2  http://www.cand.uscourts.gov. *See* N.D. Civ L.R. 16-9. If any one or more of the parties is
3  proceeding without counsel, the parties may file separate case management statements. Separate
4  statements my also address all of the topics set forth in the Standing Order referenced above. Any
5  request to reschedule the date of the conference shall be made in writing, and by stipulation if
6  possible, at least ten (10) calendar days before the date of the conference and must be based upon
7  good cause. In order to assist the Court in evaluating any need for disqualification or recusal, the
8  parties shall disclose to the Court the identities of any person, associations, firms, partnerships,
9  corporations or other entities known by the parties to have either (1) financial interest in the subject
10 matter at issue or in a party to the proceeding; or (2) any other kind of interest that could be
11 substantially affected by the outcome of the proceeding. If disclosure of non-party interested entities
12 or persons has already been made as required by Civil L. R. 3-16, the parties may simply reference
13 the pleading or document in which the disclosure was made. In this regard, counsel are referred to
14 the Court's Recusal Order posted on the Court website at the Judges Information link at
15 http://www.cand.uscourts.gov.

16  **IT IS SO ORDERED.**

18  Dated: January 14, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE