UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XTEND COMMUNICATIONS CORP.,   )<br>                              )<br>        Plaintiff(s),         )<br>                              )<br>     v.                       )<br>                              )<br>TIMOTHY HOOKER,               )<br>                              )<br>        Defendant(s).         )<br>_____) | No. C07-5599 JSW (BZ)<br><br>**ORDER SCHEDULING TELEPHONIC CONFERENCE** |

A telephone conference to discuss the pending discovery dispute is scheduled for **Friday, January 18, 2008 at 9:00 a.m.** Counsel for plaintiff shall get defendant on the line and call chambers at **415-522-4093**.

Dated: January 15, 2008

                                    _____
                                            Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-REFS\XTEND V. HOOKER\ORDER SCHEDL.TELCONF.1.wpd