UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| XTEND COMMUNICATIONS CORP., | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C07-5599 JSW (BZ) |
| | ) | |
| v. | ) | **ORDER RESCHEDULING** |
| | ) | **TELEPHONIC CONFERENCE** |
| TIMOTHY HOOKER, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

A telephone conference to discuss the pending discovery dispute is rescheduled for **Tuesday, January 22, 2008 at 1:30 p.m.** Counsel for plaintiff shall get defendant on the line and call chambers at **415-522-4093**.

Dated: January 18, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\XTEND V. HOOKER\ORDER RESCHEDL.TELCONF.wpd

1