UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XTEND COMMUNICATIONS CORP., ) ) | |
|       Plaintiff(s),   ) ) | No. C07-5599 JSW (BZ) |
|   v.               ) ) | **SECOND DISCOVERY ORDER** |
| TIMOTHY HOOKER,     ) ) | |
|       Defendant(s).  ) ) ) | |

Following a telephonic conference at which both parties appeared, **IT IS HEREBY ORDERED** that plaintiff is granted leave to serve subpoenas on AOL and Google limited to obtaining the recipient-list of the e-mails identified as Exhibits A, B and C to the complaint.

Dated: January 22, 2008

                                      Bernard Zimmerman
                         United States Magistrate Judge

G:\BZALL\-REFS\XTEND V. HOOKER\DISC2.ORD.wpd

1