**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: Friday, Jan. 18, 2008 @ 9:00 a.m.

TIME: 30 minutes

| **TITLE OF CASE:** | **DOCKET NO.:** | |
|---|---|---|
| XTEND V. HOOKER | C07-5599 JSW (BZ) | ☒ REFERRAL |

| ATTORNEY(S) FOR PLAINTIFF(S): | ATTORNEY(S) FOR DEFENDANT(S): |
|---|---|
| Marc J. Zwillinger, et al. | Timothy Hooker |

COURT REPORTER/TAPE NO., SIDE, REEL NO.: TC 05-08

**PROCEEDINGS**

| | | | |
|---|---|---|---|
| ☐ | NONDISPOSITIVE MOTION | ☐ | INITIAL PRETRIAL CONFERENCE (CMC) |
| | ☐ CONTESTED | ☒ | DISCOVERY CONFERENCE |
| | ☐ UNCONTESTED | ☐ | SETTLEMENT CONFERENCE |
| ☐ | DISPOSITIVE MOTION | ☐ | FINAL PRETRIAL CONFERENCE |
| ☐ | EVIDENTIARY HEARING | ☐ | MOTION HEARING/ARGUMENT |
| ☐ | FEE APPLICATION | ☐ | IRS ENFORCEMENT ORDERS |
| ☐ | STATUS CONFERENCE | ☐ | OTHER: SPECIFY BELOW |

ORDER TO BE PREPARED BY: ☐ PLAINTIFF  ☐ DEFENDANT  ☒ COURT

CASE CONTINUED TO: _____

**NOTES**

G:\BZALL\-REFS\XTEND V. HOOKER\MINUTE1.wpd