Gayle M. Athanacio (State Bar No. 130068)
Hillary Noll Kalay (State Bar No. 233173)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone:   (415) 882-5000
Facsimile:    (415) 882-0300
E-mail:         gathanacio@sonnenschein.com
                    hkalay@sonnenschein.com

Marc J. Zwillinger (admitted *pro hac vice*)
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street, NW
Washington, DC 20005
Telephone: (202) 408-6400
Facsimile: (202) 408-6399
E-mail:         mzwillinger@sonnenschein.com

Attorneys for Plaintiff
XTEND Communications Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XTEND COMMUNICATIONS CORP,<br><br>    Plaintiff,<br><br>vs.<br><br>TIMOTHY HOOKER,<br><br>    Defendant. | Case No. 07 5599 JSW<br><br>**[PROPOSED] ORDER GRANTING XTEND COMMUNICATION CORP.'S MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Scheduled Case Management Conference Hearing Date: March 7, 2008<br>Scheduled Case Management Conference Hearing Time: 1:30 p.m.<br>Courtroom: 2, 17th Floor<br>Honorable Jeffrey S. White |

Having reviewed Plaintiff XTEND Communications Corp.'s ("XTEND") Motion for Administrative Relief to Continue Case Management Conference, and good cause appearing therefor, IT IS HEREBY ORDERED:

XTEND'S Motion is GRANTED.

-1-

**[PROPOSED] ORDER GRANTING XTEND COMMUNICATION CORP.'S MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE CASE MANAGEMENT CONFERENCE**

1  The case management conference shall be continued for thirty (30) days to permit further
2  discussions between the parties in the above-captioned matter in an effort to resolve this matter
3  without litigation.

5  Dated: March__, 2008

_____
Honorable Jeffrey S. White
United States District Court Judge

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

# PROOF OF SERVICE

I, Reggie Neil Volstad, declare that I am a citizen of the United States and employed in the City and County of San Francisco. I am over the age of eighteen years and not a party to the within action. My business address is SONNENSCHEIN NATH & ROSENTHAL LLP, 525 Market Street, 26th Floor, San Francisco, California 94105.

On March 3, 2008, I caused to be served the attached document(s) entitled:

**[PROPOSED] ORDER GRANTING XTEND COMMUNICATION CORP.'S MOTION FOR ADMINISTRATIVE RELIEF TO CONTINUE CASE MANAGEMENT CONFERENCE**

in a sealed envelope addressed to the individuals listed below:

Timothy Hooker
122 Dwight Road, Apt. B
Burlingame, CA  94010
timothyhooker@att.net

Timothy Hooker
1325 Howard Avenue, #815
Burlingame, CA  94010

☒ U.S. MAIL: I am personally and readily familiar with the business practice of Sonnenschein Nath & Rosenthal, LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

☐ FACSIMILE TRANSMISSION: I caused such document to be sent by facsimile transmission at the above-listed fax number for the party.

☒ E-MAIL TRANSMISSION: I caused such document to be sent by e-mail transmission. at the above listed e-mail address.

☐ FEDERAL EXPRESS: I served the within document in a sealed Federal Express envelope with delivery fees provided for and deposited in a facility regularly

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and was executed on March 3, 2008 in San Francisco, California.

_____
Reggie Neil Volstad