Gayle M. Athanacio (State Bar No. 130068)
Hillary Noll Kalay (State Bar No. 233173)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile:  (415) 882-0300
E-mail:     gathanacio@sonnenschein.com
            hkalay@sonnenschein.com

Marc J. Zwillinger (admitted *pro hac vice*)
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street, NW
Washington, DC 20005
Telephone: (202) 408-6400
Facsimile:  (202) 408-6399
E-mail:     mzwillinger@sonnenschein.com

Attorneys for Plaintiff
XTEND Communications Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XTEND COMMUNICATIONS CORP,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY HOOKER,<br><br>Defendant. | Case No. 07 5599 JSW<br><br>**DECLARATION OF JONATHAN B. BERROYA IN SUPPORT OF STIPULATION & [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Scheduled Case Mgmt. Conf. Date: March 7, 2008<br>Scheduled Conf. Time: 1:30 p.m.<br>Courtroom: 2, 17th Floor<br>Honorable Judge Jeffrey S. White |

I, Jonathan B. Berroya declare as follows:

1.  I am an attorney duly licensed to practice law in the State of Illinois and the State of New York, and am an associate at the law firm of Sonnenschein, Nath & Rosenthal LLP ("Sonnenschein"). Sonnenschein is counsel for XTEND Communications Corp. ("XTEND") in the above-captioned matter. All facts set forth in this declaration are based upon my personal

knowledge, and if called upon to testify as to the truth of those facts, I could and would competently do so.

2.  I am aware that a proposed settlement agreement was prepared by Marc Zwillinger, a Sonnenschein partner, at XTEND's request, and was submitted via e-mail to the Defendant, Timothy Hooker, ("Hooker") for his review on February 20, 2008.

3.  I am also aware that, during a subsequent telephone call with Mr. Zwillinger, Hooker raised some concerns regarding some of the provisions contained in the draft agreement.

4.  I am aware that a revised draft of the settlement agreement was sent to Hooker via e-mail, and during a telephone call with me that same day, Hooker indicated that he would review the changes that have been made at his soonest opportunity.

5.  I discussed postponing the Case Management Conference ("CMC") with Hooker by telephone and Hooker agreed to jointly request the postponement in light of the ongoing settlement negotiations between the parties in this matter.

6.  I forwarded a copy of the joint stipulation to Hooker via e-mail and received a signed copy back from him via facsimile. The stipulation was not edited after it was sent to Hooker for his review.

I declare under penalty of perjury that the foregoing is true and correct. This declaration has been executed this 5th day of March, 2008 in Washington, D.C.

Jonathan B. Berroya

-2-

BERROYA DECL. ISO JOINT STIPULATION & [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE (Case No. 07 5599 JSW)