Gayle M. Athanacio (State Bar No. 130068)
Hillary Noll Kalay (State Bar No. 233173)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
E-mail: gathanacio@sonnenschein.com
hkalay@sonnenschein.com

Marc J. Zwillinger (admitted *pro hac vice*)
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street, NW
Washington, DC 20005
Telephone: (202) 408-6400
Facsimile: (202) 408-6399
E-mail: mzwillinger@sonnenschein.com

Attorneys for Plaintiff
XTEND Communications Corp.

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

XTEND COMMUNICATIONS CORP,

Plaintiff,

vs.

TIMOTHY HOOKER,

Defendant.

Case No. 07 5599 JSW

**STIPULATION & [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Scheduled Case Mgmt. Conf. Date: March 7, 2008
Scheduled Conf. Time: 1:30 p.m.
Courtroom: 2, 17th Floor
Honorable Judge Jeffrey S. White

WHEREAS, the Case Management Conference ("CMC") has been scheduled for March 7, 2008, at 1:30 p.m.;

WHEREAS, no previous time modifications have been requested by either party;

WHEREAS, the parties are currently negotiating the terms of a proposed settlement agreement; and

PAGE 2/2 * RCVD AT 3/4/2008 4:09:46 PM [Central Standard Time] * SVR:CHI2KRF01/22 * DNIS:4777 * CSID: * DURATION (mm-ss):00-50

WHEREAS, the parties agree that the interest of judicial economy and convenience of the parties would be furthered by continuing the CMC for thirty (30) days to permit them to continue their settlement negotiations,

IT IS HEREBY STIPULATED by and between the respective parties, that, in accordance with United States District Court, Northern District Local Rule 6-2, the CMC currently scheduled for March 7, 2008 be continued for 30 days to allow the parties time to conclude pending settlement negotiations.

Dated: March 3, 2008

SONNENSCHEIN NATH & ROSENTHAL LLP

By /S/ MARC J. ZWILLINGER
Marc J. Zwillinger

*Attorneys for Plaintiff*
*XTEND Communications Corp.*

Dated: March 3, 2008

By [signature]
Timothy Hooker

*Defendant*

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

ATTESTATION CLAUSE

I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

By: /S/
Marc J. Zwillinger

-2-
STIPULATION & [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE (Case No. 07 5599 JSW)

[PROPOSED]ORDER

Pursuant to the parties' stipulation and Local Rule 6-2, and good cause appearing, the Case Management Conference, previously set for March 7, 2008 at 1:30 p.m. shall be continued for thirty (30) days.

IT IS SO ORDERED.

Honorable Jeffrey S. White

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000