1  GAYLE M. ATHANACIO (State Bar No. 130068)
   SONNENSCHEIN NATH & ROSENTHAL LLP
2  525 Market Street, 26th Floor
   San Francisco, California 94105-2708
3  Telephone:   (415) 882-5000
   Facsimile:   (415) 882-0300
4  E-mail:      gathanacio@sonnenschein.com

5  Attorneys for Plaintiff
   XTEND COMMUNICATIONS CORP.
6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO/OAKLAND DIVISION

11

12 | XTEND COMMUNICATIONS CORP.            |   Case No.
13 |           Plaintiff.                   |
   |                                        |   **PLAINTIFF XTEND**
14 |     v.                                 |   **COMMUNICATION CORP.'S PROOF**
   |                                        |   **OF SERVICE**
15 | TIMOTHY HOOKER,                        |
16 |           Defendant.                   |

# PROOF OF SERVICE

I, Reggie Neil Volstad, declare that I am a citizen of the United States and employed in the City and County of San Francisco. I am over the age of eighteen years and not a party to the within action. My business address is SONNENSCHEIN NATH & ROSENTHAL LLP, 525 Market Street, 26th Floor, San Francisco, California 94105.

On March 5, 2008, I caused to be served the attached document(s) entitled:

**DECLARATION OF JONATHAN B. BERROYA IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

in a sealed envelope addressed to the individuals listed below:

Timothy Hooker
122 Dwight Road, Apt. B
Burlingame, CA  94010
timothyhooker@att.net

Timothy Hooker
1325 Howard Avenue, #815
Burlingame, CA  94010

☒ U.S. MAIL: I am personally and readily familiar with the business practice of Sonnenschein Nath & Rosenthal, LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

☒ E-MAIL TRANSMISSION: I caused such document to be sent by e-mail transmission. at the above listed e-mail address.

☐ FEDERAL EXPRESS: I served the within document in a sealed Federal Express envelope with delivery fees provided for and deposited in a facility regularly

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and was executed on March 5, 2008 in San Francisco, California.

_____
Reggie Neil Volstad

PLAINTIFF XTEND'S PROOF OF SERVICE