Gayle M. Athanacio (State Bar No. 130068)
Hillary Noll Kalay (State Bar No. 233173)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
E-mail: gathanacio@sonnenschein.com
hkalay@sonnenschein.com

Marc J. Zwillinger (admitted *pro hac vice*)
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street, NW
Washington, DC 20005
Telephone: (202) 408-6400
Facsimile: (202) 408-6399
E-mail: mzwillinger@sonnenschein.com

Attorneys for Plaintiff
XTEND Communications Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XTEND COMMUNICATIONS CORP, <br><br> Plaintiff, <br><br> vs. <br><br> TIMOTHY HOOKER, <br><br> Defendant. | Case No. 07 5599 JSW <br><br> **STIPULATION &** [PROPOSED] **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Scheduled Case Mgmt. Conf. Date: March 7, 2008 <br> Scheduled Conf. Time: 1:30 p.m. <br> Courtroom: 2, 17th Floor <br> Honorable Judge Jeffrey S. White |

WHEREAS, the Case Management Conference ("CMC") has been scheduled for March 7, 2008, at 1:30 p.m.;

WHEREAS, no previous time modifications have been requested by either party;

WHEREAS, the parties are currently negotiating the terms of a proposed settlement agreement; and

-1-
STIPULATION & [PROPOSED] ORDER CONTINUING
CASE MANAGEMENT CONFERENCE (Case No. 07 5599 JSW)

PAGE 2/2 * RCVD AT 3/4/2008 4:09:46 PM [Central Standard Time] * SVR:CHI2KRF01/22 * DNIS:4777 * CSID: * DURATION (mm-ss):00-50

1  WHEREAS, the parties agree that the interest of judicial economy and convenience of the
2  parties would be furthered by continuing the CMC for thirty (30) days to permit them to continue
3  their settlement negotiations,
4  IT IS HEREBY STIPULATED by and between the respective parties, that, in accordance
5  with United States District Court, Northern District Local Rule 6-2, the CMC currently scheduled
6  for March 7, 2008 be continued for 30 days to allow the parties time to conclude pending settlement
7  negotiations.

Dated: March 3, 2008            SONNENSCHEIN NATH & ROSENTHAL LLP


By_____/S/ MARC J. ZWILLINGER_____
        Marc J. Zwillinger

*Attorneys for Plaintiff*
*XTEND Communications Corp.*

Dated: March 3, 2008


By_____/s/_____
     Timothy Hooker

*Defendant*




ATTESTATION CLAUSE

I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

By:_____/S/_____
        Marc J. Zwillinger

[~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation and Local Rule 6-2, and good cause appearing, the Case Management Conference, previously set for March 7, 2008 at 1:30 p.m. shall be continued for thirty (30) days. and is HEREBY SET for April 11, 2008 at 1:30 p.m.

IT IS SO ORDERED.

Dated: March 5, 2008



Honorable Jeffrey S. White