AGE 2/4 * RCVD AT 4/1/2008 11:50:02 AM [Central Daylight Time] * SVR:GMTPRPF01/9 * DNIS:4777 * CSID: * DURATION (mm-ss):01-34

Gayle M. Athanacio (State Bar No. 130068)
Hillary Noll Kalay (State Bar No. 233173)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
E-mail: gathanacio@sonnenschein.com
hkalay@sonnenschein.com

Marc J. Zwillinger (admitted *pro hac vice*)
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street, NW
Washington, DC 20005
Telephone: (202) 408-6400
Facsimile: (202) 408-6399
E-mail: mzwillinger@sonnenschein.com

Attorneys for Plaintiff
XTEND Communications Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XTEND COMMUNICATIONS CORP, <br><br> Plaintiff, <br><br> vs. <br><br> TIMOTHY HOOKER, <br><br> Defendant. | Case No. 07 5599 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER DISMISSING COMPLAINT WITH PREJUDICE** <br><br> Honorable Judge Jeffrey S. White |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate and agree that the complaint in the above-captioned case should be dismissed with prejudice in its entirety, with each party to bear its own costs and attorneys' fees.

IT IS SO STIPULATED.

-1-

Respectfully submitted,

Dated: April 1, 2008

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
    Marc J. Zwillinger

Attorneys for Plaintiff
XTEND COMMUNICATIONS CORP.

Dated: April 1, 2008

_____
Timothy Hooker
Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April ___, 2008

_____
Judge Jeffrey S. White
United States District Court Judge

-2-
STIPULATION & [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE
(Case No. 07 5599 JSW)