'AGE 2/4 ᵎ RCVD AT 4/1/2008 11:50:02 AM [Central Daylight Time] ᵎ SVR:GMTFRPF019 ᵎ DNIS:4777 ᵎ CSID: ᵎ DURATION (mm-ss):01-34

1   Gayle M. Athanacio (State Bar No. 130068)
    Hillary Noll Kalay (State Bar No. 233173)
2   SONNENSCHEIN NATH & ROSENTHAL LLP
    525 Market Street, 26th Floor
3   San Francisco, CA  94105-2708
    Telephone: (415) 882-5000
4   Facsimile:  (415) 882-0300
    E-mail:     gathanacio@sonnenschein.com
5               hkalay@sonnenschein.com

6   Marc J. Zwillinger (admitted *pro hac vice*)
    SONNENSCHEIN NATH & ROSENTHAL LLP
7   1301 K Street, NW
    Washington, DC 20005
8   Telephone: (202) 408-6400
    Facsimile:  (202) 408-6399
9   E-mail:     mzwillinger@sonnenschein.com

10  Attorneys for Plaintiff
    XTEND Communications Corp.

11

12                  UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15  XTEND COMMUNICATIONS CORP,            Case No. 07 5599 JSW

16          Plaintiff,                    **STIPULATION AND [PROPOSED]
                                          ORDER DISMISSING COMPLAINT
17      vs.                               WITH PREJUDICE**

18  TIMOTHY HOOKER,
                                          Honorable Judge Jeffrey S. White
19          Defendant.

20

21

22

23          Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate and

24  agree that the complaint in the above-captioned case should be dismissed with prejudice in its

25  entirety, with each party to bear its own costs and attorneys' fees.

26                          IT IS SO STIPULATED.

27

28
                                        -1-

    STIPULATION & [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE
                        (Case No. 07 5599 JSW)

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26ᵗʰ FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

PAGE 4/4 • RCVD AT 4/1/2008 11:50:02 AM [Central Daylight Time] • SVR:GMTPRF01/9 • DNIS:4777 • CSID: • DURATION (mm-ss):01-34

1    Respectfully submitted,

2    Dated:  April 1, 2008                    SONNENSCHEIN NATH & ROSENTHAL LLP

3

4

5    By _____
                                                    Marc J. Zwillinger
6
                                            Attorneys for Plaintiff
7                                           XTEND COMMUNICATIONS CORP.

8
     Dated:  April 1, 2008
9

10

11

12                                          _____
                                                    Timothy Hooker
13                                          Defendant

14
     PURSUANT TO STIPULATION, IT IS SO ORDERED.
15
     Dated: April  3  , 2008
16

17

18   _____
     Judge Jeffrey S. White
19   United States District Court Judge

20

21

22

23

24

25

26

27

28

SONNENSCHEIN NATH & ROSENTHAL LLP
525 MARKET STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2708
(415) 882-5000

STIPULATION & [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE
(Case No. 07 5599 JSW)